**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* ______________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Gordon Companies, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **16-1463140** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**85 Innsbruck Dr**<br>**Buffalo, NY 14227**<br>Number, Street, City, State & ZIP Code<br>**Erie**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**Erie County**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **https://www.gordoncompaniesinc.com/** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**4595**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.



Case 1-26-11242-CLB, Doc 1, Filed 09/14/26, Entered 09/14/26 21:08:50,
Description: Main Document , Page 2 of 139

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | When | Case number, if known | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 14, 2026**
MM / DD / YYYY

***X*** **/s/ Jeff Sands**
Signature of authorized representative of debtor

**Jeff Sands**
Printed name

Title **Cheif Restructuring Officer**

**18. Signature of attorney**

***X*** **/s/ Robert B. Gleichenhaus, Esq.**
Signature of attorney for debtor

Date **September 14, 2026**
MM / DD / YYYY

**Robert B. Gleichenhaus, Esq.**
Printed name

**Gleichenhaus, Marchese & Weishaar, P.C.**
Firm name

**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
Number, Street, City, State & ZIP Code

Contact phone **(716) 845-6446** Email address

**4098570 NY**
Bar number and State

| Fill in this information to identify the case: |
|---|
| Debtor name **Gordon Companies, Inc.** |
| United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK |
| Case number (if known) |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 14, 2026**

X **/s/ Jeff Sands**
Signature of individual signing on behalf of debtor

**Jeff Sands**
Printed name

**Cheif Restructuring Officer**
Position or relationship to debtor

**nited States Bankruptcy Court**
**Western District of New York**

In re **Gordon Companies, Inc.** Debtor(s)

Case No. ______
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **David M. Gordon**, declare under penalty of perjury that I am the **President, sole shareholder, and officer** of **Gordon Companies, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Sole Shareholder and Officer of said corporation at a special meeting duly called and held on the **September** day of **14**, 2026.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jeff Sands**, **Chief Restructuring Officer ("CRO")** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jeff Sands**, **CRO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jeff Sands**, **CRO** of this Corporation is authorized and directed to employ **Robert B. Gleichenhaus, Esq.**, attorney and the law firm of **Gleichenhaus, Marchese & Weishaar, P.C.** to represent the corporation in such bankruptcy case."

Date **09/14/26**

Signed **/s/ David M. Gordon**
**David M. Gordon, President**
**Sole Shareholder**

# Resolution of Sole Shareholder and Director
of
# Gordon Companies, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Jeff Sands is appointed Chief Restructuring Officer ("CRO") of this Corporation; and

Be It Further Resolved, that Jeff Sands, Chief Restructuring Officer ("CRO") of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Jeff Sands, CRO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Jeff Sands, CRO of this Corporation is authorized and directed to employ Robert B. Gleichenhaus, Esq., attorney and the law firm of Gleichenhaus, Marchese & Weishaar, P.C. to represent the corporation in such bankruptcy case.

Date D09/14/26

Signed /s/ David M. Gordon
David M. Gordon, President
Sole Shareholder
Sole Officer

Date ______________________

Signed ______________________

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Gordon Companies, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **David Burke 7366 East Quaker Road Orchard Park, NY 14127** | | **Judgment** | | | | **$1,142,285.00** |
| **FEDEX P.O. Box 371461 Pittsburgh, PA 15250** | | **Business debt** | | | | **$1,291,222.00** |
| **Frank Bork 36 Main Street Attica, NY 14011** | | **Business debt** | | | | **$235,652.00** |
| **Gregory Phillies MD 101 Oakgrove Drive Williamsville, NY 14221** | | **Business debt** | | | | **$657,154.00** |
| **HMM Co., LTD 222 West Las Colinas Boulevard, Suite Irving, TX 75039** | | **Business debt** | **Subject to Setoff** | | | **$236,075.00** |
| **Janelle Valentine 269 Brier Circle Jupiter, FL 33458** | | **Business debt** | | | | **$300,000.00** |
| **Jay Gershberg 3245 St Charles Place Boca Raton, FL 33434** | | **Business debt** | | | | **$663,000.00** |
| **Jiangxi Top Grand 1008 Sigma International Business Cent Nanchan, JX** | | **Business debt** | **Subject to Setoff** | | | **$287,437.00** |

Debtor **Gordon Companies, Inc.** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Joseph Lombardo<br>62 Hastings Drive<br>Orchard Park, NY 14127** | | **Business debt** | | | | **$987,000.00** |
| **Lynn Tomkins<br>100 Easy Street<br>P.O. Box 1019<br>Carefree, AZ 85377** | | **Business debt** | | | | **$750,000.00** |
| **Madison Group<br>1135 Kane Concourse Bay<br>Miami Beach, FL 33154** | | **Business debt** | **Contingent<br>Unliquidated<br>Disputed** | | | **$386,186.00** |
| **Patrick J. Sireika<br>26 Tanglewood Drive<br>West Seneca, NY 14224** | | **Business debt** | | | | **$500,000.00** |
| **Pursuit Lending<br>19 British American Blvd. East<br>Latham, NY 12110** | | **Business debt** | | | | **$260,000.00** |
| **Ronna Gershberg<br>3245 St Charles Place<br>Boca Raton, FL 33434** | | **Business debt** | | | | **$550,000.00** |
| **Sen Masine Christmas Arts (Shenzhen) Co.<br>Room 409, Building 3, Star Global Center<br>16 Baodan Road, Danzhutou Community<br>Shenzhen, Guangdong 518112<br>China** | | **Litigation** | **Unliquidated** | | | **$252,559.00** |
| **Shenzhen Anlide Technology Co., Ltd<br>Rm11d, 1bldg, Chengxinhuating, Bujitown, Longgang Dist., Shenzhen<br>CHINA** | | **Business debt** | | | | **$419,287.00** |
| **Speier Display, Inc.<br>5550 Parkwalk Circle E<br>Boynton Beach, FL 33472** | | **Business debt** | | | | **$500,000.00** |

Debtor **Gordon Companies, Inc.** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Thai Chin Fu Enterprise Co. LTD 8/1 Moo 10, Bangkhuan Mueang Chachoengsao, 24000, THAILAND** | | **Business debt** | | | | **$223,350.00** |
| **UPS 55 Glenlake Parkway Northeast Atlanta, GA 30328** | | **Business debt** | | | | **$503,282.00** |
| **Yensay International Co. LTD 2F., No.63, Sec.1, Chang An E. Road Taipe** | | **Business debt** | | | | **$235,544.00** |

**Fill in this information to identify the case:**

Debtor name **Gordon Companies, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 **Cheektowaga Economic Development Corpora** | **$161,360.00** | **$0.00** |
| 2.2 **Five Star Bank** | **$5,512,280.00** | **$0.00** |

**2.1 Cheektowaga Economic Development Corpora**

Creditor's Name

**275 Alexander Avenue**
**Cheektowaga, NY 14211**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**09/2021**

**Last 4 digits of account number**
**3901**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket lien**

**Describe the lien**
**UCC / Judgment**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.2 Five Star Bank**

Creditor's Name

**55 North Main Street**
**Warsaw, NY 14569**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**09/2009**

**Last 4 digits of account number**
**9757**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Blanket lien**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **Lended, LLC** | **$1,850,000.00** | **$0.00**

Creditor's Name

**600 Summer Street**
**Stamford, CT 06901**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Christmas.com**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 **U.S. Small Business Administration** | **$3,112,000.00** | **$0.00**

Creditor's Name

**2 North Street, Suite 320**
**Birmingham, AL 35203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**07/2020**

**Last 4 digits of account number**
**2983**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket Lien**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$10,635,640.00**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

Debtor **Gordon Companies, Inc.** Case number (if known)
Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CESC - COVID EIDL Service Center**<br>**14925 Kingsport Road**<br>**Fort Worth, TX 76155** | Line **2.4** | |
| **Hurwitz Fine P.C.**<br>**424 Main Street**<br>**Suite 1300**<br>**Buffalo, NY 14202** | Line **2.1** | |
| **Woods Oviatt Gilman LLP**<br>**1900 Bausch & Lomb Place**<br>**Rochester, NE 14604** | Line **2.2** | |

**Fill in this information to identify the case:**

Debtor name **Gordon Companies, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Alabama Department of Revenue**<br>**Legal Division Bankruptcy Section**<br>**P.O. Box 320001**<br>**Montgomery, AL 36132** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | **Arizona Department of Revenue**<br>**Attn: Bankruptcy/Collections**<br>**1600 West Monroe Street**<br>**Phoenix, AZ 85007** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.3 Priority creditor's name and mailing address
**California Department of Tax and Fee Adm**
**Account Information Group, MIC: 29**
**P.O. Box 942879**
**Sacramento, CA 94279**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.4 Priority creditor's name and mailing address
**Colorado Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 17087**
**Denver, CO 80217**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.5 Priority creditor's name and mailing address
**Connecticut Department of Revenue Servic**
**Bankruptcy Team**
**450 Columbus Boulevard, Suite 1**
**Hartford, CT 06103**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.6 Priority creditor's name and mailing address
**Hawaii Department of Taxation**
**Collections Branch Bankruptcy**
**P.O. Box 259**
**Honolulu, HI 96809**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| | | | | |
|---|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address<br>**Idaho State Tax Commission<br>Attn: Bankruptcy/Compliance<br>P.O. Box 36<br>Boise, ID 83722**<br>Date or dates debt was incurred<br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |
| 2.8 | Priority creditor's name and mailing address<br>**Illinois Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 19035<br>Springfield, IL 62794**<br>Date or dates debt was incurred<br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |
| 2.9 | Priority creditor's name and mailing address<br>**Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346**<br>Date or dates debt was incurred<br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |
| 2.10 | Priority creditor's name and mailing address<br>**Maine Revenue Services<br>Compliance Division Bankruptcy Unit<br>P.O. Box 9107<br>Augusta, ME 04332**<br>Date or dates debt was incurred<br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |

**2.11** Priority creditor's name and mailing address
**NYS Dept. of Taxation & Finance**
**Bankruptcy Unit**
**PO Box 5300**
**Albany, NY 12205-0300**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Tax arrears**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12** Priority creditor's name and mailing address
**Ohio Department of Taxation**
**Attn: Bankruptcy Division**
**P.O. Box 530**
**Columbus, OH 43216**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13** Priority creditor's name and mailing address
**Pennsylvania Department of Revenue**
**Department 280946**
**Attn: Bankruptcy Division**
**Harrisburg, PA 17128**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14** Priority creditor's name and mailing address
**South Carolina Department of Revenue**
**Office of General Counsel**
**Bankruptcy Sec**
**300A Outlet Pointe Boulevard**
**Columbia, SC 29210**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.15 Priority creditor's name and mailing address
**Texas Comptroller of Public Accounts**
**Revenue Accounting Division**
**Bankruptcy S**
**P.O. Box 13528, Capitol Station**
**Austin, TX 78711**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.16 Priority creditor's name and mailing address
**Virginia Department of Taxation**
**P.O. Box 1777**
**Richmond, VA 23218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**1-2-3 Delivery Services, Inc.**
**P.O. Box 1927**
**Williamsville, NY 14231**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**$381.00**

3.2 **Nonpriority creditor's name and mailing address**
**360 Professional Services Group**
**678 Sheridan Drive**
**Tonawanda, NY 14150**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**$1,736.00**

3.3 **Nonpriority creditor's name and mailing address**
**42Gears Mobility Systems, Inc.**
**1130 Cadillac Court**
**Milpitas, CA 95035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**$548.00**

**3.4** **Nonpriority creditor's name and mailing address**
**7 Easy Houseware LTD**
**Room A201**
**Shanghai, SH, 201901, CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
**A Village Locksmith**
**6926 Erie Road**
**Derby, NY 14047**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$212.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
**A&B Floral Supply Co., Inc.**
**7101 Macfarlane Boulevard.**
**Charlotte, NC 28262**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.7** **Nonpriority creditor's name and mailing address**
**A&B Home, Inc.**
**800 N Haven Avenue, Suite 425**
**Ontario, CA 91764**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.8** **Nonpriority creditor's name and mailing address**
**AC&F Corporation**
**165 Jug Hollow Road**
**Phoenixville, PA 19460**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$569.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.9** **Nonpriority creditor's name and mailing address**
**ACT Data Services, Inc.**
**17-10 River Road**
**Fair Lawn, NJ 07410**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$393.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**
**Adam Schinabeck**
**329 75th Street**
**Niagara Falls, NY 14304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Adam Wojdyla**<br>**8395 Glen Eagle Drive**<br>**Manlius, NY 13104**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$150,000.00** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Advanced Alarm, Inc.**<br>**527 Fillmore Avenue**<br>**Tonawanda, NY 14150**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ☐ No ■ Yes | **$3,194.00** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**AEROTEC**<br>**P.O. Box 198531**<br>**Atlanta, GA 30384**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ☐ No ■ Yes | **$49,851.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Alamode Fashion Jewelry**<br>**10152 Chapman Avenue**<br>**Garden Grove, CA 92840**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ☐ No ■ Yes | **Unknown** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Alan Hastings**<br>**125 Edward Street, Unit 2C**<br>**Buffalo, NY 14201**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$75,000.00** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Alexander Taron, Inc.**<br>**1834 Palma Drive, Suite K**<br>**Ventura, CA 93003**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ☐ No ■ Yes | **$6.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Aljon Dado-Acon**<br>**28 Diaz Compd Guitnang Bayan Ii**<br>**San Mateo Rizal PHILIPPINES 1850**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$17,888.00** |

**3.18** **Nonpriority creditor's name and mailing address**
**All The Rages, Inc.**
**355 Eisenhower Parkway, Suite 101**
**Livingston, NJ 07039**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$51.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.19** **Nonpriority creditor's name and mailing address**
**Allstate Floral, Inc.**
**14101 Park Place**
**Cerritos, CA 90703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$52,776.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.20** **Nonpriority creditor's name and mailing address**
**Alt Funding**
**2941 NW 62nd Street, Suite 201**
**Fort Lauderdale, FL 33309**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,265.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.21** **Nonpriority creditor's name and mailing address**
**Alvin S Estrada**
**Lot 19 Block 4 Progressive Village M. Sa**
**Antipolo City SAN JOSE**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,630.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.22** **Nonpriority creditor's name and mailing address**
**American Express**
**P.O. Box 96001**
**Los Angeles, CA 90096**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **5000**

**As of the petition filing date, the claim is:** *Check all that apply.* **$90,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.23** **Nonpriority creditor's name and mailing address**
**American Express**
**P.O. Box 96001**
**Los Angeles, CA 90096**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **2007**

**As of the petition filing date, the claim is:** *Check all that apply.* **$48,081.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.24** **Nonpriority creditor's name and mailing address**
**Anastasi Trucking, Inc.**
**527 Division Street**
**North Tonawanda, NY 14120**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$80,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Anderson Kill P.C.**<br>**7 Times Square**<br>**New York, NY 10036**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ☐ No ■ Yes | **$11,498.00** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Andrew Carmelo Sanchez Ricardo**<br>**Blk 4 Lot 27 Sitio Bagong Buhay, Tanag,**<br>**San Jose, Antipolo City, Rizal**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,684.00** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Angeline Mallari Aguilar**<br>**B7 L17 Loremar Grandhomes Executive Vill**<br>**San Roque ANTIPOLO CITY PHILIPPINES**<br>**1870**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,693.00** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Anhui Hi-Charm Lighting Co. LTD**<br>**No 128 Jingui Road<br>Hangbu Industrial**<br>**Sucheng Town Liuan City**<br>**ANHUI PROVINCE, 231300**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ☐ No ■ Yes | **Unknown** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Anhui Whywin International Co., LTD**<br>**Publishing & Media Plaza, No. 1118 She**<br>**Zhengwu Wenhua New District, Hefei**<br>**Anhui, 230071, CHINA**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ☐ No ■ Yes | **Unknown** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Anthony J Santa Maria Jr**<br>**P.O. Box 41**<br>**Kenmore, NY 14217**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**ANTHROPIC* CLAUDE**<br>**548 Market Street PMB 90375**<br>**San Francisco, CA 94104**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ☐ No ■ Yes | **$109.00** |

**3.32** **Nonpriority creditor's name and mailing address**
**Apple Advance LLC**
**1047 53rd Street**
**Brooklyn, NY 11219**
**Date(s) debt was incurred** 08/2025
**Last 4 digits of account number** 7617

**As of the petition filing date, the claim is:** *Check all that apply.* **$127,935.00**
■ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** **Nonpriority creditor's name and mailing address**
**ArcBest**
**Attn: Abf Freight System Inc<br>50 Fly**
**Tonawanda, NY 14150**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,710.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**
**Arthur J Gallagher Risk Management Servi**
**Ajgrms - Mt<br>P.O. Box 95792**
**Chicago, IL 60694**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**
**Aswanth Shanmugam**
**No. 6 Chinmaya Nagar 2nd West Vadavalli**
**Coimbatore INDIA 641-041**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,812.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**
**AT Technology, Inc.**
**636 Sheridan Drive**
**Tonawanda, NY 14150**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$150,110.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** **Nonpriority creditor's name and mailing address**
**Atlas Lighting & Home**
**1473 Yorkhouse Road**
**Rabun Gap, GA 30568**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$203.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** **Nonpriority creditor's name and mailing address**
**Auskin USA**
**P.O. Box 1165**
**Arvada, CO 80001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$51.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.39 **Nonpriority creditor's name and mailing address**
**B Gokul**
**29-16 Maruthasalapuram, Vivekanandar Str**
**Gandhinagar, Tiruppur INDIA Tamilnadu 6**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,975.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.40 **Nonpriority creditor's name and mailing address**
**B P Haen Mechanical**
**4223 Block Road**
**Delevan, NY 14042**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,540.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.41 **Nonpriority creditor's name and mailing address**
**B.P. Haen Mechanical Contracting LLC**
**4223 Block Road**
**Delevan, NY 14042**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,540.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.42 **Nonpriority creditor's name and mailing address**
**Barreveld International DBA BIDK Home**
**3027 Route 9**
**Cold Spring, NY 10516**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.43 **Nonpriority creditor's name and mailing address**
**Bart Collins**
**11196 Lake Shore Place North**
**Palm Beach, FL 33408**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.44 **Nonpriority creditor's name and mailing address**
**BayState Pool Supplies**
**P.O. Box 1065**
**Brattleboro, VT 05302**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.45 **Nonpriority creditor's name and mailing address**
**BayState-Albany**
**P.O. Box 846**
**Worcester, MA 01613**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.46** **Nonpriority creditor's name and mailing address**
**Bazaarvoice, Inc.**
**10901 Stonelake Boulevard**
**Austin, TX 78759**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** **Nonpriority creditor's name and mailing address**
**Bear Natural Organics**
**146-B Ferry Street<br>Suite B-1-1067**
**Newark, NJ 01105**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** **Nonpriority creditor's name and mailing address**
**Berthelot Mansueto**
**Blk 4 Lt 16 Desert Rose St. Camella Home**
**Sambat, San Pascual, Batangas 4204**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** **Nonpriority creditor's name and mailing address**
**BigCommerce.com**
**11920 Alterra Parkway D11 / Suite 100**
**Austin, TX 78758**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,356.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** **Nonpriority creditor's name and mailing address**
**Bison Laboratories, Inc.**
**100 Leslie Street**
**Buffalo, NY 14211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,254.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** **Nonpriority creditor's name and mailing address**
**Bonadio & Co., LLP**
**P.O. Box 657**
**Buffalo, NY 14240**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$933.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** **Nonpriority creditor's name and mailing address**
**Brian Donovan**
**460 East Avenue**
**Rochester, NY 14607**
**Date(s) debt was incurred** **2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$113,040.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** **Litigation**
Is the claim subject to offset? ■ No ☐ Yes

---

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.53 | **Brian Donovan**<br>**460 East Avenue**<br>**Rochester, NY 14607**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$100,000.00** |
| 3.54 | **Brian Hutchison**<br>**6440 Bartz Road**<br>**Lockport, NY 14094**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,000.00** |
| 3.55 | **Bridget Williams**<br>**471 Delaware Avenue, Suite 1**<br>**Buffalo, NY 14202**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.56 | **Brite Star Manufacturing, Co.**<br>**2900 South 20th Street**<br>**Philadelphia, PA 19145**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,105.00** |
| 3.57 | **BrowserStack, Inc.**<br>**4512 Legacy Drive, Suite 100**<br>**Plano, TX 75024**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$836.00** |
| 3.58 | **Brubaker USA**<br>**5300 E Adamo Drive, Suite A**<br>**Tampa, FL 33619**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$86.00** |
| 3.59 | **Cadence Wojdyla**<br>**221 Homer Lane**<br>**Mooresville, NC 28117**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$190,000.00** |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.60 | **Canada Post Corporation**<br>**2701 Riverside Drive**<br>**Ottawa, ON, K1A 1L7, CANADA**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$32,585.00** |
| 3.61 | **CANVA PTY LTD**<br>**2140 South Dupont Highway**<br>**Camden, DE 19934**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$120.00** |
| 3.62 | **Cap Capital**<br>**2613 East 16th Street**<br>**Brooklyn, NY 11235**<br>**Date(s) debt was incurred** **09/2025**<br>**Last 4 digits of account number** **1008** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1.00** |
| 3.63 | **Capital One**<br>**Attn: Payment Processing**<br>**PO Box 71087**<br>**Charlotte, NC 28272**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** **0311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$158,120.00** |
| 3.64 | **Capital One**<br>**Attn: Payment Processing**<br>**PO Box 71087**<br>**Charlotte, NC 28272**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** **1279** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$184,875.00** |
| 3.65 | **Capital One**<br>**Attn: Payment Processing**<br>**PO Box 71087**<br>**Charlotte, NC 28272**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** **4334** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$197,454.00** |
| 3.66 | **Capital Worx**<br>**535 5th Ave, 4th Floor, Suite 1019**<br>**New York, NY 10017**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$334,075.00** |

**3.67** **Nonpriority creditor's name and mailing address**
**CARD IT**
**Attn: Joan Littleton<br>P.O. Box 250**
**Bronston, KY 42518**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$323.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** **Nonpriority creditor's name and mailing address**
**Carl Savarino**
**5658 Creekwood Drive**
**East Amherst, NY 14051**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** **Nonpriority creditor's name and mailing address**
**Carlos Gonzalez**
**c/o Edward Y. Kroub, Esq.**
**Mizrahi Kroub, LLC**
**225 Broadway, 39th FL**
**New York, NY 10007**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** **Nonpriority creditor's name and mailing address**
**CARM - CANADA REVENUE AGENCY**
**Connaught Building, 555 Mackenzie Aven**
**Ottawa, ON K1A 0L5, CANADA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$39,730.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** **Nonpriority creditor's name and mailing address**
**Carmen Toromino**
**81 Tussing Lane #4**
**Tonawanda, NY 14150**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** **Nonpriority creditor's name and mailing address**
**Carol L. Zeler**
**250 Desmond Drive**
**Tonawanda, NY 14150**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** **Nonpriority creditor's name and mailing address**
**Carolina Chair And Table Co.**
**P.O. Box 18745**
**Greensboro, NC 27419**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** **Nonpriority creditor's name and mailing address**
**Carson Home Accents**
**189 Foreman Road**
**Freeport, PA 16229**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$488.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.75** **Nonpriority creditor's name and mailing address**
**Cascades Containerboard Packaging, Inc.**
**P.O. Box 673764**
**Detroit, MI 48267**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,571.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.76** **Nonpriority creditor's name and mailing address**
**Castlegate Logistics, Inc.**
**4 Copley Place<br>Floor 7**
**Boston, MA 02116**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.77** **Nonpriority creditor's name and mailing address**
**CBM - FUZHOU IMPORT EXPORT**
**Unit C, 10th Floor, International Buil**
**Fuzhou, Fujian 350000/350003, CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.78** **Nonpriority creditor's name and mailing address**
**Certified Pest Solutions, Inc.**
**3737 Lake Shore Road**
**Blasdell, NY 14219**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,182.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.79** **Nonpriority creditor's name and mailing address**
**Chaang Chiia (VN)**
**Lot B10-11-12/Ii, Street No. 5**
**Vinh Loc Industrial Zone, Binh Hung Hoa**
**Ho Chi Minh City, VIETNAM**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$136,475.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.80** **Nonpriority creditor's name and mailing address**
**Changzhou Yishine Corporation**
**Room 12B02,12B/F,Dacheng Building,No.8**
**Changzhou, JS, CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$89,520.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.81 **Nonpriority creditor's name and mailing address**<br>**Chi Wing Rattan Fty**<br>**2nd Floor, Block A, Hoplite Industrial**<br>**Kowloon Bay**<br>**Kowloon, HONG KONG**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.82 **Nonpriority creditor's name and mailing address**<br>**Child Support Unit**<br>**95 Franklin St 2nd Floor Room 230**<br>**Buffalo, NY 14202**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.83 **Nonpriority creditor's name and mailing address**<br>**Christine Dimazana**<br>**Blk 21 Lot 57 Phase 3 Peace Village Brgy**<br>**San Luis Antipolo RIZAL PHILIPPINES 1870**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,062.00** |
| 3.84 **Nonpriority creditor's name and mailing address**<br>**Christmas Central 401k Plan**<br>**c/o American Funds**<br>**P.O. Box 6040**<br>**INDIANAPOLIS, IN 46206**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$115,000.00** |
| 3.85 **Nonpriority creditor's name and mailing address**<br>**Chunghsin Int'L Trading Group (Haze)**<br>**5th Floor, Building A, International E**<br>**Jiangd**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.86 **Nonpriority creditor's name and mailing address**<br>**Citi Talent**<br>**7/F Harbour Centre To**<br>**Kowloon, HK, HONG KONG**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$67,914.00** |
| 3.87 **Nonpriority creditor's name and mailing address**<br>**Classy Caps Mfg, Inc.**<br>**2636 County Road 20 E**<br>**Harrow, ON, N0R 1G0, CANADA**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.88 | **Claudette Iglesias Vargas**<br>**B29 L27 Ivy Street Robinsons Homes East**<br>**Antipolo City RIZAL 1870**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,610.00** |
| 3.89 | **Colonial Mills**<br>**77 Pawtucket Avenue**<br>**Rumford, RI 02916**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,411.00** |
| 3.90 | **Colvin Oakdale LLC**<br>**85 Innsbruck Dr**<br>**Cheektowaga, NY 14227**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$792,537.00** |
| 3.91 | **Compania**<br>**9701 NW 112th Avenue Suite 15**<br>**Miami, FL 33178**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,335.00** |
| 3.92 | **Complete Security, Inc.**<br>**P.O. Box 380**<br>**Buffalo, NY 14223**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$136.00** |
| 3.93 | **Continental Studios, Inc.**<br>**P.O. Box 512**<br>**Parkridge, IL 60068**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$550.00** |
| 3.94 | **Cope Bestway**<br>**P.O. Box 179**<br>**Cheektowaga, NY 14225**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

**3.95** **Nonpriority creditor's name and mailing address**
**Corr Distributors, Inc.**
**89 Pearce Avenue**
**Tonawanda, NY 14150**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$346.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

**3.96** **Nonpriority creditor's name and mailing address**
**Couristan**
**2 Executive Drive**
**Fort Lee, NJ 07024**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$205.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

**3.97** **Nonpriority creditor's name and mailing address**
**Criteo Corp**
**387 Park Avenue South<br>12th Floor**
**New York, NY 10016**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$98,370.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

**3.98** **Nonpriority creditor's name and mailing address**
**Crusader Group LLC**
**1185 South Main Street**
**Cheshire, CT 06410**
**Date(s) debt was incurred** 01/2026
**Last 4 digits of account number** 0786

**As of the petition filing date, the claim is:** *Check all that apply.* **$1.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

**3.99** **Nonpriority creditor's name and mailing address**
**CSX Transportation**
**500 Water Street, #4445**
**Jacksonville, FL 32202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

**3.100** **Nonpriority creditor's name and mailing address**
**D & J of Western New York**
**493 Kennedy Road**
**Cheektowaga, NY 14227**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

**3.101** **Nonpriority creditor's name and mailing address**
**Daniel P Klos CPA**
**170 Winkler Drive**
**Grand Island, NY 14072**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

3.102 **Nonpriority creditor's name and mailing address**
**Davenport Law PLLC**
**424 Main Street, 1600 Liberty Building**
**Buffalo, NY 14202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.103 **Nonpriority creditor's name and mailing address**
**David Burke**
**7366 East Quaker Road**
**Orchard Park, NY 14127**
**Date(s) debt was incurred** **2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,142,285.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Judgment**
Is the claim subject to offset? ■ No ☐ Yes

---

3.104 **Nonpriority creditor's name and mailing address**
**David Hillary**
**6152 Bridlewood Drive S.**
**East Amherst, NY 14051**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.105 **Nonpriority creditor's name and mailing address**
**David R Anthony**
**17 Shady Grove Drive**
**East Amherst, NY 14051**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.106 **Nonpriority creditor's name and mailing address**
**DC Miltiades LLC**
**2989 Winterthur Close NW**
**Kennesaw, GA 30144**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$29,796.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.107 **Nonpriority creditor's name and mailing address**
**De Lage Landen Fin Serv**
**P.O. Box 41602**
**Philadelphia, PA 19101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,581.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.108 **Nonpriority creditor's name and mailing address**
**Dell Business Credit**
**Payment Processing Center<br>P.O. Box**
**Carol Stream, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** **Nonpriority creditor's name and mailing address**
**Dell Financial Services LLC**
**Payment Processing Center<br>P.O. Box**
**Carol Stream, IL 60197**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,157.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.110** **Nonpriority creditor's name and mailing address**
**Diane Gordon**
**86 Waxwing Court**
**East Amherst, NY 14051**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$150,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.111** **Nonpriority creditor's name and mailing address**
**Dicksons, Inc.**
**P.O. Box 97**
**Middletown, OH 45042**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.112** **Nonpriority creditor's name and mailing address**
**Doing Well Co. LTD**
**New Jinqiao Road, Pudong**
**Shanghai 201206, CHINA**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.113** **Nonpriority creditor's name and mailing address**
**Dolphin Logistics, Inc.**
**1944 East Vista Bella Way**
**Rancho Dominguez, CA 90220**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,727.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.114** **Nonpriority creditor's name and mailing address**
**Domenic J. Migliaccio, ESQ.**
**5350 Main Street Suite 200**
**Williamsville, NY 14221**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$80,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.115** **Nonpriority creditor's name and mailing address**
**Donald Spoth Farm**
**2715 Tonawanda Creek Road**
**Amherst, NY 14228**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,124.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address**<br>**Douglass, Blair**<br>**c/o Kevin W. Tucker, Esq.**<br>**EAST END TRIAL GROUP LLC**<br>**6901 Lynn Way, Suite 503**<br>**Pittsburgh, PA 15208**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.117 | **Nonpriority creditor's name and mailing address**<br>**Drew Derose Design**<br>**53 E Springfield Street, #4**<br>**Boston, MA 02116**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,425.00** |
| 3.118 | **Nonpriority creditor's name and mailing address**<br>**DSA Trading Co., Inc.**<br>**236 Jacob Street**<br>**Seekonk, MA 02771**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$32,003.00** |
| 3.119 | **Nonpriority creditor's name and mailing address**<br>**DSV AIR & SEA, Inc.**<br>**268 Main Street**<br>**Buffalo, NY 14202**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$31,635.00** |
| 3.120 | **Nonpriority creditor's name and mailing address**<br>**Dyatech LLC**<br>**381 Highland Colony Parkway**<br>**Ridgeland, MS 39157**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$150.00** |
| 3.121 | **Nonpriority creditor's name and mailing address**<br>**Eagle Gift & Novelty Co., LTD**<br>**Unit 1314 Honour Ind. Ctr. 6 Sun Yip S**<br>**Hk, HONG KONG**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.122 | **Nonpriority creditor's name and mailing address**<br>**Eaton Office Supply-002**<br>**180 John Glenn Drive**<br>**Amherst, NY 14228**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,827.00** |

3.123 **Nonpriority creditor's name and mailing address**
**Edgar Mark N. Parilla**
**168 Sitio Langhaya Brgy. Dela Paz**
**Antipolo City ANTIPOLO RIZAL**
**PHILIPPINES**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,310.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.124 **Nonpriority creditor's name and mailing address**
**Enesco Group LLC**
**Box #26257**
**Chicago, IL 60673**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.125 **Nonpriority creditor's name and mailing address**
**Eric Patricko**
**2522 Daniel Drive**
**Niagara Falls, NY 14304**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.126 **Nonpriority creditor's name and mailing address**
**Erie County Water**
**P.O. Box 5148**
**Buffalo, NY 14240**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.127 **Nonpriority creditor's name and mailing address**
**Erik'S Snow Removal & Yard Work**
**199 Wagner Avenue**
**Sloan, NY 14212**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,162.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.128 **Nonpriority creditor's name and mailing address**
**Evergreen Shipping Agency (America) Corp**
**1 Evertrust Plaza**
**Jersey City, NJ 07302**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.129 **Nonpriority creditor's name and mailing address**
**Express Employment Services, Inc.**
**P.O. Box 945434**
**Atlanta, GA 30394**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,974.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.130 **Nonpriority creditor's name and mailing address**
**FEDEX**
**P.O. Box 371461**
**Pittsburgh, PA 15250**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,291,222.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.131 **Nonpriority creditor's name and mailing address**
**FEDEX Canada Corporation**
**P.O. Box 4626<br>Toronto STN A**
**Toronto, Ontario, M5W 5B4, CANADA**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,214.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.132 **Nonpriority creditor's name and mailing address**
**FedEx Freight**
**P.O. Box 223125**
**Pittsburg, PA 15251**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$67,932.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.133 **Nonpriority creditor's name and mailing address**
**Fibre World**
**P.O. Box 4643<br>Cullen Road, Alleppey-1**
**Kerala, INDIA**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,984.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.134 **Nonpriority creditor's name and mailing address**
**First Reliance Standard**
**Lockbox 650804 1501 N. Plano Road., Suit**
**Richardson, TX 75081**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,171.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.135 **Nonpriority creditor's name and mailing address**
**First Reliance Standard**
**Lockbox 650804 1501 N. Plano Road., Suit**
**Richardson, TX 75081**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,172.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.136 **Nonpriority creditor's name and mailing address**
**FORBES**
**P.O. Box 5472**
**Harlan, IA 51593**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$47.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.137 | **Nonpriority creditor's name and mailing address**<br>**Frank Bork**<br>**36 Main Street**<br>**Attica, NY 14011**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$235,652.00** |
| 3.138 | **Nonpriority creditor's name and mailing address**<br>**Frank Budwey**<br>**6235 Lake Avenue**<br>**Orchard Park, NY 14127**<br>**Date(s) debt was incurred** 2026<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Judgment<br>Is the claim subject to offset? ■ No ☐ Yes | **$26,225.00** |
| 3.139 | **Nonpriority creditor's name and mailing address**<br>**Franklin Capital Group, LLC**<br>**32300 Northwestern Highway, Suite 215**<br>**Farmington Hills, MI 48334**<br>**Date(s) debt was incurred** 10/2025<br>**Last 4 digits of account number** 3889 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1.00** |
| 3.140 | **Nonpriority creditor's name and mailing address**<br>**Freshworks**<br>**2950 S Delaware Street, Floor 2**<br>**San Mateo, CA 94403**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,765.00** |
| 3.141 | **Nonpriority creditor's name and mailing address**<br>**Frey Electric Const Co.**<br>**100 Pearce Avenue**<br>**Tonawanda, NY 14150**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$75,000.00** |
| 3.142 | **Nonpriority creditor's name and mailing address**<br>**Fund Now LLC**<br>**2613 East 16th Street**<br>**Brooklyn, NY 11235**<br>**Date(s) debt was incurred** 10/2025<br>**Last 4 digits of account number** 2484 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1.00** |
| 3.143 | **Nonpriority creditor's name and mailing address**<br>**G&I IX EMPIRE THRUWAY PLAZA LLC**<br>**Lockbox 8000469**<br>**Buffalo, NY 14267**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,250.00** |

3.144 **Nonpriority creditor's name and mailing address**
**Galt International**
**8833 Flower Road**
**Rancho Cucamonga, CA 91730**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$265.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.145 **Nonpriority creditor's name and mailing address**
**Gary Anastasi**
**4430 Walden Avenue**
**Lancaster, NY 14086**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$100,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.146 **Nonpriority creditor's name and mailing address**
**Gary Robinson**
**275 Northpopinte Parkway Suite 100**
**Amherst, NY 14228**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.147 **Nonpriority creditor's name and mailing address**
**Genesis Merchant Services**
**732 Sunrise Highway Suite 209**
**Baldwin, NY 11510**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.148 **Nonpriority creditor's name and mailing address**
**GHH, Inc. Celestial Lights**
**2954 West Logan Boulevard**
**Chicago, IL 60647**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.149 **Nonpriority creditor's name and mailing address**
**Gleason Corporation, Inc. - Algoma**
**P.O. Box 776213**
**Chicago, IL 60677**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.150 **Nonpriority creditor's name and mailing address**
**Glenn Distributors Corp**
**8405 Route 130**
**Pennsauken, NJ 08110**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$27.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.151 **Nonpriority creditor's name and mailing address**
**Global Best Industrial (Container)**
**Room 4-9 3/F Block A<br>Proficient Indus**
**Kowloon Bay**
**KOWLOON, HK, HONG KONG**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.152 **Nonpriority creditor's name and mailing address**
**Gold Crest Distributing LLC**
**P.O. Box 157**
**Mexico, MO 65265**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$13.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

3.153 **Nonpriority creditor's name and mailing address**
**GoodGuys**
**4520 NW 7th Street**
**Miami, FL 33126**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$23,243.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.154 **Nonpriority creditor's name and mailing address**
**GoToMyPC.com**
**333 Summer Street, 5th Floor**
**Boston, MA 02210**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$810.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

3.155 **Nonpriority creditor's name and mailing address**
**GRAINGER**
**50 Mckesson Parkway**
**Buffalo, NY 14225**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$410.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

3.156 **Nonpriority creditor's name and mailing address**
**Green Mountain Imports LLC**
**740 Marshall Avenue**
**Williston, VT 05495**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$234.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

3.157 **Nonpriority creditor's name and mailing address**
**Gregory Phillies MD**
**101 Oakgrove Drive**
**Williamsville, NY 14221**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$657,154.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.158 **Nonpriority creditor's name and mailing address**
**GS1 US, Inc.**
**Department 781271<br>P.O. Box 78000**
**Detroit, MI 48278**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,684.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

3.159 **Nonpriority creditor's name and mailing address**
**GTG MANUFACTURING SDN BHD**
**No. 1, Jalan Plumbum 1, Kawasan Perind**
**Selangor, MALAYSIA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$30,090.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

3.160 **Nonpriority creditor's name and mailing address**
**Guangzhou Panyu Dadi Hardware Rattan Ind**
**Room 501? Building 4?Lane 9?No.283 Qin**
**Panyu, GUANGZHOU**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$28,066.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

3.161 **Nonpriority creditor's name and mailing address**
**H A Treichler & Sons, Inc.-001**
**2687 Saunders Settlement Road**
**Sanborn, NY 14713**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$958.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

3.162 **Nonpriority creditor's name and mailing address**
**Hagerty Insurance**
**P.O. Box 660821**
**Dallas, TX 75266**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,753.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

3.163 **Nonpriority creditor's name and mailing address**
**Haier'S Fire Extinguisher LLC**
**8558 Sisson Highway**
**Eden, NY 14057**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,626.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

3.164 **Nonpriority creditor's name and mailing address**
**Hamburg Overhead Door, Inc.**
**5659 Herman Hill Road**
**Hamburg, NY 14075**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,120.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.165** **Nonpriority creditor's name and mailing address**
**Hangzhou Euro Lucky Trading Co., Limited**
**Room 614, Ningbo Plaza, No. 46 Tianmus**
**Xihu District**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.166** **Nonpriority creditor's name and mailing address**
**Hangzhou Owner Party Co. LTD**
**Development Center Of Xingang<br>No. 2**
**Hangzhou, ZJ, 310030, CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,962.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.167** **Nonpriority creditor's name and mailing address**
**Hansa Creation USA**
**5151 NW 108th Avenue**
**Sunrise, FL 33351**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$115.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.168** **Nonpriority creditor's name and mailing address**
**Hapag-Lloyd, LLC**
**5515 Spalding Drive**
**Norcross, GA 30092**
**Date(s) debt was incurred** **2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$42,920.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Judgment**
Is the claim subject to offset? ■ No ☐ Yes

**3.169** **Nonpriority creditor's name and mailing address**
**Hermle North America**
**340 Industrial Park**
**Amherst, VA 24521**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.170** **Nonpriority creditor's name and mailing address**
**Heyuan Cyberport Technology Co. LTD**
**Office Building, Longling 1st Road Wes**
**Heyuan City, GUANGDONG, 517000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.171** **Nonpriority creditor's name and mailing address**
**Hi-Line Gift LTD**
**6340 Kestrel Road**
**Mississauga, ON, L5T1Z3, CANADA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.172** **Nonpriority creditor's name and mailing address**
**Highmark Blue Cross & Blue Shield of Wes**
**P.O. Box 640966**
**Pittsburgh, PA 15264**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$27,867.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** **Nonpriority creditor's name and mailing address**
**HMM Co., LTD**
**222 West Las Colinas Boulevard, Suite**
**Irving, TX 75039**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$236,075.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

**3.174** **Nonpriority creditor's name and mailing address**
**Hodedah, Inc.**
**2344 Ocean Parkway**
**Brooklyn, NY 11223**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

**3.175** **Nonpriority creditor's name and mailing address**
**Holidynamics, Inc.**
**10048 Scott Circle**
**Omaha, NE 68122**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,625.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

**3.176** **Nonpriority creditor's name and mailing address**
**Home Depot Credit Services**
**P.O. Box 9001010**
**Louisville, KY 40290**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **3089**

**As of the petition filing date, the claim is:** *Check all that apply.* **$22,316.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Credit**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** **Nonpriority creditor's name and mailing address**
**Hong Kong Infinity D cor Co., Limited**
**Room 6, 10/F., Block C, Delya Industri**
**Tuen Mun, N.T**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

**3.178** **Nonpriority creditor's name and mailing address**
**Hui Zhou Zheng Tian Art&Crafts Co. LTD**
**6-7th Floor, No.357 Zhenggao Road<br>Z**
**Huizhou City, GuangDong, 516227**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

**3.179** **Nonpriority creditor's name and mailing address**
**Huizhou City Jia Qi Technology Co. LTD**
**Xiahengling, Ditian Group<br>Yihe Chan**
**Huizhou, GUIANGDONG**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,266.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

**3.180** **Nonpriority creditor's name and mailing address**
**Huizhou Huixin Handicraft Co. LTD**
**No. 49 Puxin Road,**
**Lilin Town, Huicheng District**
**Huizhou City, Guangdong Province 516235,**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

**3.181** **Nonpriority creditor's name and mailing address**
**I Fund Experts LLC**
**500 West Putnam Avenue**
**Suite 400**
**Greenwich, CT 06830**
**Date(s) debt was incurred** **2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$53,491.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** **Litigation**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** **Nonpriority creditor's name and mailing address**
**Ian Nathaniel Mallanao**
**A-1 T.Olden Street Brgy**
**San Isidro ANTIPOLO CITY PHILIPPINES 187**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,851.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** **Nonpriority creditor's name and mailing address**
**ID TECHNOLOGY LLC**
**P.O. Box 73419**
**Cleveland, OH 44193**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$774.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

**3.184** **Nonpriority creditor's name and mailing address**
**IMC CANDLE CORPORATION**
**P.O. Box 371**
**Arlington, MA 02475**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$38.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

**3.185** **Nonpriority creditor's name and mailing address**
**Imperial Distributors, Inc.**
**150 Blackstone River Road**
**Worcester, MA 01607**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

| | | | |
|---|---|---|---|
| 3.186 | **Nonpriority creditor's name and mailing address**<br>**Innovative Integrated Solutions**<br>**1100 Military Road**<br>**Kenmore, NY 14217**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ☐ No ■ Yes | **$81,260.00** |
| 3.187 | **Nonpriority creditor's name and mailing address**<br>**Intelegencia Analytics LLC**<br>**G/F Ciannat Complex Marcos Highway**<br>**Antiplo City, RZ**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ☐ No ■ Yes | **$34,021.00** |
| 3.188 | **Nonpriority creditor's name and mailing address**<br>**International Home Miami**<br>**5330 NW 161st Street**<br>**Miami, FL 33014**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ☐ No ■ Yes | **Unknown** |
| 3.189 | **Nonpriority creditor's name and mailing address**<br>**International Leisure Products, Inc.**<br>**191 Rodeo Drive**<br>**Edgewood, NY 11717**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ☐ No ■ Yes | **$82,720.00** |
| 3.190 | **Nonpriority creditor's name and mailing address**<br>**IPFS OF NY LLC**<br>**52 Corporate Circle, Suite 208**<br>**Albany, NY 12203**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ☐ No ■ Yes | **$13,278.00** |
| 3.191 | **Nonpriority creditor's name and mailing address**<br>**Irish Propane Corporation**<br>**P.O. Box 409**<br>**Buffalo, NY 14212**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ☐ No ■ Yes | **$657.00** |
| 3.192 | **Nonpriority creditor's name and mailing address**<br>**J&R SERVICES**<br>**3916 Clinton Street**<br>**West Seneca, NY 14224**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ☐ No ■ Yes | **$3,000.00** |

3.193 **Nonpriority creditor's name and mailing address**
**Jacqueline A. Blachowski**
**25 Santinwood Drive**
**Cheektowaga, NY 14227**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.194 **Nonpriority creditor's name and mailing address**
**Jaishree Kesavan**
**189 Vriksha Avenue Jadayamoalayam**
**Mettupalayam Coimbatore INDIA 641302**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,550.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.195 **Nonpriority creditor's name and mailing address**
**James & Ann Pauly**
**8110 Leah Court**
**Williamsville, NY 14221**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$60,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.196 **Nonpriority creditor's name and mailing address**
**Jamestown Container Companies**
**P.O. Box 8**
**Jamestown, NY 14702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

3.197 **Nonpriority creditor's name and mailing address**
**Janelle Valentine**
**269 Brier Circle**
**Jupiter, FL 33458**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$300,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.198 **Nonpriority creditor's name and mailing address**
**Jason Langley**
**2210 Wall Street,**
**Millbrook, AL 36054**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

3.199 **Nonpriority creditor's name and mailing address**
**Jay Gershberg**
**3245 St Charles Place**
**Boca Raton, FL 33434**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$663,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.200 **Nonpriority creditor's name and mailing address**
**Jay Pasquarella**
**5348 Briercliff Drive**
**Hamburg, NY 14075**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$35,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.201 **Nonpriority creditor's name and mailing address**
**JH Specialties, Inc.**
**301 National Road<br>Suite 400**
**Exton, PA 19341**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$717.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

3.202 **Nonpriority creditor's name and mailing address**
**Jiangxi Top Grand**
**1008 Sigma International Business Cent**
**Nanchan, JX**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$287,437.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

3.203 **Nonpriority creditor's name and mailing address**
**Jilong Plastic Products**
**6F Building A1, No. 2555 Xiupu Road,**
**Kangqiao, Pudong, Shanghai, CHINA**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$52,012.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

3.204 **Nonpriority creditor's name and mailing address**
**Jinjiang Jiaxing Group Co., Limited**
**Jiaxing Building, Xingban Industrial A**
**Xintang Town, Jinjiang City, Fujian**
**Province, 362200, CHINA**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

3.205 **Nonpriority creditor's name and mailing address**
**Jody Lomeo**
**6150 Walnut Creek Court**
**East Amhest, NY 14051**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.206 **Nonpriority creditor's name and mailing address**
**Joe Laduca**
**152 Old Farm Circle**
**Williamsville, NY 14212**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.207** **Nonpriority creditor's name and mailing address**
**John Patrick B. Corpuz**
**5 R, R. Martinez Street Barangay Dalig**
**Antipolo City RIZAL PHILIPPINES 1870**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,906.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.208** **Nonpriority creditor's name and mailing address**
**Joseph Bueme**
**C/O Catalyst Fitness<br>281 Meyer Road**
**Amherst, NY 14226**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$783.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ☐ No ■ Yes

---

**3.209** **Nonpriority creditor's name and mailing address**
**Joseph Lombardo**
**62 Hastings Drive**
**Orchard Park, NY 14127**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$987,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** **Nonpriority creditor's name and mailing address**
**Joseph M Frawley**
**8639 Lower East Hill Road.**
**Colden, NY 43219**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** **Nonpriority creditor's name and mailing address**
**Joshua B. Heims**
**9223 Beech Meadow Court**
**Clarence Center, NY 14032**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** **Nonpriority creditor's name and mailing address**
**Just In Time Staffing Mentor LLC**
**8130 Tyler Boulevard**
**Mentor, OH 44060**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$33,848.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ☐ No ■ Yes

---

**3.213** **Nonpriority creditor's name and mailing address**
**Kavinoky Cook LLP Atty @ Law**
**726 Exchange Street, Suite 800**
**Buffalo, NY 14210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,551.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ☐ No ■ Yes

---

**3.214** **Nonpriority creditor's name and mailing address**
**Keeper Security**
**333 N Green Street, Suite 811**
**Chicago, IL 60607**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.215** **Nonpriority creditor's name and mailing address**
**Kenny Carpets**
**2262 Union Road**
**Buffalo, NY 14227**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,628.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.216** **Nonpriority creditor's name and mailing address**
**Kerry Logistics**
**1425 Transcanadienne<br>Suite 150**
**Dorval, Quebwc, H9P 2W9, CANADA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.217** **Nonpriority creditor's name and mailing address**
**Kimil Construction, Inc.**
**493 Kennedy Road**
**Cheektowaga, NY 14227**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,075.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.218** **Nonpriority creditor's name and mailing address**
**Kingdom Kapital**
**1 Princeton Ave**
**Brick, NJ 08724**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$22,389.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.219** **Nonpriority creditor's name and mailing address**
**KLN FREIGHT CANADA, Inc.**
**1425 Trans Canada Route #150**
**Dorval, Quebec, H9P 2W9, CANADA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$881.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.220** **Nonpriority creditor's name and mailing address**
**KRC Consulting LLC**
**1738 Malden Street**
**San Diego, CA 92109**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$165,134.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.221** **Nonpriority creditor's name and mailing address**
**KW Textile, Inc.**
**425 Michigan Avenue, Suite LI200**
**Buffalo, NY 14203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$751.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.222** **Nonpriority creditor's name and mailing address**
**Lee Singer**
**121 Promenade Lane**
**Williamsville, NY 14221**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$45,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.223** **Nonpriority creditor's name and mailing address**
**Lemac Packaging, Inc.**
**P.O. Box 10788**
**Erie, PA 16514**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$580.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.224** **Nonpriority creditor's name and mailing address**
**Lexington Realty International**
**911 E. County Line Road, Suite 206**
**Lakewood, NJ 08701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,416.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.225** **Nonpriority creditor's name and mailing address**
**Liaoning Aroma International**
**No. 11 Jia, Fuxin 3rd Street (Fuxinsan**
**Heping District, Shenyang**
**Liaoning, 110002, CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$109,521.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.226** **Nonpriority creditor's name and mailing address**
**Liaoning Longde New Arts And Crafts Imp.**
**Room 8-2, No. 554B, Zhongshan Road**
**Shahekou District**
**Dalian, Liaoning, CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.227** **Nonpriority creditor's name and mailing address**
**Liaoning Yikang Trading Co. LTD**
**Room 1, 2 Floor**
**Dalian, DN, CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.228** **Nonpriority creditor's name and mailing address**
**Lincoln Life & Annuity Co. of NY**
**P.O. Box 7247-0295**
**Philadelphia, PA 19170**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,841.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

**3.229** **Nonpriority creditor's name and mailing address**
**Linhai Joy Craftwork Co.**
**#376 Jiangnan Road. Hejia Industrial Z**
**Linhai, ZJ, CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

**3.230** **Nonpriority creditor's name and mailing address**
**Linon Home Decor Products, Inc.**
**22 Jericho Turnpike**
**Mineola, NY 11501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,376.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

**3.231** **Nonpriority creditor's name and mailing address**
**Lippes Mathias LLP**
**50 Fountain Plaza<br>Suite 1700**
**Buffalo, NY**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$416.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

**3.232** **Nonpriority creditor's name and mailing address**
**Liquidity Access LLC**
**25 Melville Park Road, Suite 60**
**Melville, NY 11747**
**Date(s) debt was incurred** **08/2025**
**Last 4 digits of account number** **3068**

**As of the petition filing date, the claim is:** *Check all that apply.* **$214,289.00**
■ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** **Nonpriority creditor's name and mailing address**
**Living India**
**Surya Nagar Linepar<br>Near Krishna Inte**
**Moradabad, 244001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

**3.234** **Nonpriority creditor's name and mailing address**
**Long Hah Tai Embroidery Co., Ltd.**
**Rooms 603 604, Yip Fung Building**
**14 18 D Aguilar Street**
**Central, Hong Kong**
**Date(s) debt was incurred** **2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$52,506.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** **Litigation**
Is the claim subject to offset? ■ No ☐ Yes

**3.235** **Nonpriority creditor's name and mailing address**
**LR Resources, Inc.**
**3432 S Dug Gap Road<br>P.O. Box 6131, Da**
**Dalton, GA 30720**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$52.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

**3.236** **Nonpriority creditor's name and mailing address**
**Lyneer Staffing Solutions LLC**
**P.O. Box 88911**
**Milwaukee, WI 53288**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$170,976.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

**3.237** **Nonpriority creditor's name and mailing address**
**Lynn Tomkins**
**100 Easy Street**
**P.O. Box 1019**
**Carefree, AZ 85377**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$750,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** **Nonpriority creditor's name and mailing address**
**Lyte Capital, LLC**
**2929 East Comercial Blvd.**
**Fort Lauderdale, FL 33308**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$28,765.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** **Nonpriority creditor's name and mailing address**
**Lyte Capital, LLC**
**2929 East Comercial Blvd.**
**Fort Lauderdale, FL 33308**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$28,766.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** **Nonpriority creditor's name and mailing address**
**M&M Property Maintenance**
**28 Rainbow Terrace**
**Orchard Park, NY 14127**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,299.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

**3.241** **Nonpriority creditor's name and mailing address**
**Madison Group**
**1135 Kane Concourse Bay**
**Miami Beach, FL 33154**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$386,186.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.242 **Nonpriority creditor's name and mailing address**
**MAILCHIMP**
**675 Pomce De Leon Avenue NE, Suite 500**
**Atlanta, GA 30308**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

3.243 **Nonpriority creditor's name and mailing address**
**Mak Digital Design**
**3237 US Highway 206**
**Lumberton, NJ 08048**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

3.244 **Nonpriority creditor's name and mailing address**
**Mansueto Ventures LLC**
**7 World Trade Center, Floor 29**
**New York, NY 10006**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,754.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.245 **Nonpriority creditor's name and mailing address**
**Manu P**
**S/O Mukundan P 2/23 Deivanayagi Nagar Sa**
**Coimbatore Tamilnadu INDIA 641006**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,955.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.246 **Nonpriority creditor's name and mailing address**
**Maria Kristine T. Dela Rosa**
**Lot 2 Block 9 Atienza Propery<br>B.G.**
**Parang, MARIKINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$540.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

3.247 **Nonpriority creditor's name and mailing address**
**Mark A Salvo**
**5665 Marthas Vineyard**
**Clarence, NY 14031**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$118,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.248 **Nonpriority creditor's name and mailing address**
**Mark Cavagnaro**
**138 Golden Pheasant Drive**
**Getzville, NY 14068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$95,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.249 | **Marygrace Reola**<br>**B42 L21 P3A Sitio Maligaya Brgy San Isid**<br>**Antipolo City PHILIPPINES**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,721.00** |
| 3.250 | **Masis Staffing Solutions LLC**<br>**P.O. Box 4210**<br>**Portsmouth, NH 03802**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business debt**<br>Is the claim subject to offset? ☐ No ■ Yes | **$106,697.00** |
| 3.251 | **Matt Merle**<br>**1408 Creek Road/Rt 98**<br>**Attica, NY 14011**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business debt**<br>Is the claim subject to offset? ☐ No ■ Yes | **$2,469.00** |
| 3.252 | **MCA Funding Group**<br>**64 Beaver Street, Ste 147**<br>**New York, NY 20005**<br>Date(s) debt was incurred **06/2026**<br>Last 4 digits of account number **8024** | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$69,281.00** |
| 3.253 | **MCA Grid LLC**<br>**d/b/a Rainbow Advance**<br>**4900 Fournace Place, Ste 416**<br>**Bellaire, TX 77401**<br>Date(s) debt was incurred **03/2026**<br>Last 4 digits of account number **3888** | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$23,532.00** |
| 3.254 | **Meiyarasan Govindasamy**<br>**87/2 Sanarpalayam Main Street Mulanur -**<br>**Tiruppur INDIA**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,030.00** |
| 3.255 | **Meizhou Hongfeng Arts And Crafts**<br>**No.26 Xianhe Village Shejiang Town**<br>**Meixian, GD, CHINA**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business debt**<br>Is the claim subject to offset? ☐ No ■ Yes | **$62,099.00** |

| | | | |
|---|---|---|---|
| 3.256 | **Nonpriority creditor's name and mailing address**<br>**Merle'S Fresh Produce**<br>**1408 Rt 98**<br>**Attica, NY 14011**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Business debt**<br>Is the claim subject to offset? ☐ No ■ Yes | **$300.00** |
| 3.257 | **Nonpriority creditor's name and mailing address**<br>**Merry Products Corp.**<br>**120 West Beaver Creek Road**<br>**Richmond Hill, ON, L4B 1L2, CANADA**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Business debt**<br>Is the claim subject to offset? ☐ No ■ Yes | **Unknown** |
| 3.258 | **Nonpriority creditor's name and mailing address**<br>**Mesmer Company**<br>**930 Bailey Avenue**<br>**Buffalo, NY 14206**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Business debt**<br>Is the claim subject to offset? ☐ No ■ Yes | **$398.00** |
| 3.259 | **Nonpriority creditor's name and mailing address**<br>**Michael Cooper ESQ.**<br>**71 Main Street**<br>**Hamburg, NY 14075**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$200,000.00** |
| 3.260 | **Nonpriority creditor's name and mailing address**<br>**Michael F Ellis**<br>**53615 Avinida Herrera**<br>**Laquinta, CA 92253**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.261 | **Nonpriority creditor's name and mailing address**<br>**Michael Nicosia**<br>**299 Cleveland Drive**<br>**Tonawanda, NY 14223**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.262 | **Nonpriority creditor's name and mailing address**<br>**Michelle Aquino**<br>**Lot 93 Cluster K Bagong Nayon**<br>**Antipolo City RIZAL PHILIPPINES 1870**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,064.00** |

**3.263** **Nonpriority creditor's name and mailing address**
**MICROSOFT**
**One Microsoft Way**
**Redmond, WA 98052**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$420.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.264** **Nonpriority creditor's name and mailing address**
**Mithun Chakravarthy Mugundan**
**54/98 Ap Naga Narasimanaickenpalayam**
**Coimbatore INDIA 641031**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,955.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.265** **Nonpriority creditor's name and mailing address**
**Modern Corporation**
**P.O. Box 209**
**Model City, NY 14107**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,184.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.266** **Nonpriority creditor's name and mailing address**
**Mohankumar G**
**3-29/2, 3rd Street Sivanadhapuram**
**Saravanampatti India INDIA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,694.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.267** **Nonpriority creditor's name and mailing address**
**MOHAWK GLOBAL**
**P.O. Box 3065**
**Syracuse, NY 13220**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.268** **Nonpriority creditor's name and mailing address**
**Mom & Pops Recycling**
**6643 Route 60**
**Cassadaga, NY 14718**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,375.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

**3.269** **Nonpriority creditor's name and mailing address**
**Morris Costumes, Inc.**
**P.O. Box 856144**
**Minneapolis, MN 55485**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

3.270 **Nonpriority creditor's name and mailing address**
**Motherlines, Inc.**
**21 E. Valley Stream Boulevard**
**Valley Stream, NY 11580**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

3.271 **Nonpriority creditor's name and mailing address**
**Mozaic Co.**
**1101 Avenue G**
**Arlington, TX 76011**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$506.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

3.272 **Nonpriority creditor's name and mailing address**
**Nanjing Red-House Gifts Co. LTD**
**8/F Changan Int'L Center 218 Zhonshan**
**Nanjing, NJ**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

3.273 **Nonpriority creditor's name and mailing address**
**National Fuel**
**P.O. Box 371835**
**Pittsburgh, PA 15250**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$26,956.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

3.274 **Nonpriority creditor's name and mailing address**
**National Motor Freight Traffic Assoc, In**
**1001 North Fairfax Street, Suite 600**
**Alexandria, VA 22314**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$98.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

3.275 **Nonpriority creditor's name and mailing address**
**National Sales**
**P.O. Box 3251**
**Buffalo, NY 14240**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$765.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

3.276 **Nonpriority creditor's name and mailing address**
**Neil Sacramento**
**156 A. Bonifacio Street Barangay Tandang**
**Tanay RIZAL PHILIPPINES 1980**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,835.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.277 **Nonpriority creditor's name and mailing address**
**New Ridge LLC**
**3005 Mill Wood Lane**
**Blacksburg, VA 24060**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,472.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

3.278 **Nonpriority creditor's name and mailing address**
**Nexstar Holdings Corp**
**275 Northpointe Parkway**
**Amherst, NY 14228**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,225.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

3.279 **Nonpriority creditor's name and mailing address**
**Ningbo For-Festive Company Limited**
**#98, Yongda Road**
**Ningbo, NG, CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

3.280 **Nonpriority creditor's name and mailing address**
**Ningbo Home Decor Co. LTD**
**16th Floor, Building 2, Qianyang Busines**
**Jiangbei District**
**Ningbo City 315033, CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$159,733.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

3.281 **Nonpriority creditor's name and mailing address**
**Ningbo Shimaotong International**
**12th Floor, Guting Building, Hefeng Cr**
**Ningbo, Zhejiang 315000, CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$80,836.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

3.282 **Nonpriority creditor's name and mailing address**
**Northcape Chicago Wicker**
**P.O. Box 7860**
**Carol Stream, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$123.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

3.283 **Nonpriority creditor's name and mailing address**
**Northeast Diversification, Inc.**
**2 Cadby Industrial Parkway**
**Lancaster, NY 14086**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.284** **Nonpriority creditor's name and mailing address**
**NYC Advance Group LLC**
**1274 49th Street, Suite 473**
**Brooklyn, NY 11219**
**Date(s) debt was incurred** 01/2026
**Last 4 digits of account number** 5003

**As of the petition filing date, the claim is:** *Check all that apply.* **$119,583.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** **Nonpriority creditor's name and mailing address**
**NYS Dept of labor Unemployment**
**Harriman Street Office bldg**
**Bldg 12 Room 256**
**Albany, NY 12240**
**Date(s) debt was incurred** 2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,387.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Judgment
Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** **Nonpriority creditor's name and mailing address**
**NYSEG**
**P.O. Box 847812**
**Boston, MA 02284**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$51,465.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ☐ No ■ Yes

---

**3.287** **Nonpriority creditor's name and mailing address**
**Oakland Living**
**300 South Street**
**Rochester, MI 48307**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$912.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ☐ No ■ Yes

---

**3.288** **Nonpriority creditor's name and mailing address**
**OneStepGPS.com**
**675 Glenoaks Boulevard. Unit #C**
**San Fernando, CA 91340**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$46.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ☐ No ■ Yes

---

**3.289** **Nonpriority creditor's name and mailing address**
**OOCL LOGISTICS (USA), Inc.**
**Attn: Freight Cashier<br>Wall Street Pla**
**New York, NY 10005**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ☐ No ■ Yes

---

**3.290** **Nonpriority creditor's name and mailing address**
**Our Own Candle Company**
**P.O. Box 99**
**Findley Lake, NY 14736**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,700.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ☐ No ■ Yes

---

**3.291** **Nonpriority creditor's name and mailing address**
**Overton Funding LLC**
**2801 North 29th Avenue**
**Hollywood, FL 33020**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$191,901.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.292** **Nonpriority creditor's name and mailing address**
**Parallel Employment Group**
**6925 South 6th Street, Suite 300**
**Oak Creek, WI 53154**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,249.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.293** **Nonpriority creditor's name and mailing address**
**Parise Mechanical, Inc.**
**1106 Sheridan Drive**
**Tonawanda, NY 14150**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$32,371.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

**3.294** **Nonpriority creditor's name and mailing address**
**Parkland Collection LLC**
**10501 NW 50th Street<br>No 102**
**Sunrise, FL 33351**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

**3.295** **Nonpriority creditor's name and mailing address**
**Patrick J. Sireika**
**26 Tanglewood Drive**
**West Seneca, NY 14224**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** **Nonpriority creditor's name and mailing address**
**Paul Shine**
**PO Box 7575**
**Lancaster, NY 14086**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$37,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** **Nonpriority creditor's name and mailing address**
**Pepsi-Cola Bottling**
**75 Remittance Drive, Suite 1884**
**Chicago, IL 60675**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ☐ No ■ Yes

---

3.298 **Nonpriority creditor's name and mailing address**
**Philpac Corporation**
**1144 Military Road**
**Buffalo, NY 14217**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.299 **Nonpriority creditor's name and mailing address**
**Playht**
**535 Alma Street**
**Palo Alto, CA 94301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.300 **Nonpriority creditor's name and mailing address**
**Poly Magic Co., LTD (Samples)**
**Room 405, Harbour Centre, Tower 2 No.**
**Hunghom Kowloon**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$36,750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.301 **Nonpriority creditor's name and mailing address**
**POSTMASTER**
**475 L'Enfant Plaza SW**
**Washington, DC 20260**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.302 **Nonpriority creditor's name and mailing address**
**PPS Pension & Financial Services, Inc**
**8660 Sheridan Drive**
**Williamsville, NY 14221**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,455.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.303 **Nonpriority creditor's name and mailing address**
**PPS Pension & Financial Services, Inc.**
**8660 Sheridan Drive**
**Williamsville, NY 14221**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,455.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.304 **Nonpriority creditor's name and mailing address**
**Product Works LLC**
**500 N Lake Cook Road, Suite 270**
**Deerfield, IL 60015**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.305** **Nonpriority creditor's name and mailing address**
**Pulse Occupational Medicine**
**P.O. Box 1326**
**Buffalo, NY 14240**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$55.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.306** **Nonpriority creditor's name and mailing address**
**Pure Insurance**
**Lockbox 2655<br>P.O. Box 95000**
**Philadelphia, PA 19195**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,041.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.307** **Nonpriority creditor's name and mailing address**
**Purolator, Inc.**
**P.O. Box 4800<br>STN Main**
**Concord, ON, L4K 0K1, CANADA**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$59,515.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** **Nonpriority creditor's name and mailing address**
**Pursuit Lending**
**19 British American Blvd. East**
**Latham, NY 12110**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$260,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.309** **Nonpriority creditor's name and mailing address**
**Quality First Plumbing Serv**
**493 Kennedy Road**
**Cheektowaga, NY 14227**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$703.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** **Nonpriority creditor's name and mailing address**
**Quanzhou Shiny Art Co. LTD**
**Unit 501, Building 5, Runbai Metropolis,**
**Fahuamei, Quanzhou, Fujian, CHINA**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$45,028.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** **Nonpriority creditor's name and mailing address**
**RaceTrac 469**
**599 W Atlantic Boulevard**
**Pompano Beach, FL 33060**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** **Nonpriority creditor's name and mailing address**
**RANDSTAD**
**P.O. Box 7247-6655**
**Philadelphia, PA 19170**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,676.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.313** **Nonpriority creditor's name and mailing address**
**Rapid Advance**
**4500 East West Highway, 6th Floor**
**Bethesda, MD 20814**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.314** **Nonpriority creditor's name and mailing address**
**Rasathi Mageswaran**
**Middle Street Varatharajapuram Andipatti**
**Theni Taminlandu INDIA 625512**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,650.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.315** **Nonpriority creditor's name and mailing address**
**Ready2HangArt.com, Inc.**
**3713 Calhoun Avenue**
**Chattanooga, TN 37407**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,018.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.316** **Nonpriority creditor's name and mailing address**
**Real Help LLC**
**2221 Broadway Street**
**Buffalo, NY 14212**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.317** **Nonpriority creditor's name and mailing address**
**Reeds Jewlers of Niagara Falls, Inc.**
**150 Creekside Drive**
**Amherst, NY 14228**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.318** **Nonpriority creditor's name and mailing address**
**Regency International Business Corp.**
**50 Broadway, Floor 3**
**New York, NY 10004**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$48.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,573.00** |
|---|---|---|---|
| | **Regional Idealease Of Rochester LLC**<br>**2425 Walden Avenue<br>P.O. Box 247**<br>**Cheektowaga, NY 14225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Business debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Renwil, Inc.**<br>**9181 Bolvin**<br>**Lasalle, Quebec, H8R 2E8, CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Business debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,372.00** |
|---|---|---|---|
| | **Reuel D. Ramos**<br>**Block 13 Lot 10 Phase 1 The Mandara**<br>**Silang Cavite PHILIPPINES 4118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Business debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.322 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Rich Pacific (H.K.) Limited**<br>**5/F Grand Industrial Building, 159-165**<br>**Hk, HONG KONG** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Business debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.323 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80,000.00** |
|---|---|---|---|
| | **Richard Anastasi**<br>**4430 Walden Avenue**<br>**Lancaster, NY 14086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Business debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.324 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85,000.00** |
|---|---|---|---|
| | **Rick Recckio**<br>**4455 Transit Road, Suite 3B**<br>**Williamsville, NY 14221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Business debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.325 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34.00** |
|---|---|---|---|
| | **Rite Lite LTD**<br>**333 Stanley Avenue**<br>**Brooklyn, NY 11207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Business debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

3.326 **Nonpriority creditor's name and mailing address**
**Rithum Corporation - (FKA) Channel Advis**
**1010 Sync Street, Suite 600**
**Morrisville, NC 27560**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$63,019.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.327 **Nonpriority creditor's name and mailing address**
**Rithum Holdings, Inc. - (FKA) Commerce H**
**800 Troy Schenectady Road Suite 100**
**Latham, NY 12110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$36,858.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.328 **Nonpriority creditor's name and mailing address**
**Roanoke Insurance Company**
**1501 E Woodfield Road, Suite 400W**
**Schaumburg, IL 60173**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.329 **Nonpriority creditor's name and mailing address**
**Robert B. Gleichenhaus, Esq. Gleichenhau**
**43 Court Street<br>Suite 930**
**Buffalo, NY 14202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$415.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.330 **Nonpriority creditor's name and mailing address**
**Robert Chappell**
**415 Swan Street**
**Buffalo, NY 14204**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.331 **Nonpriority creditor's name and mailing address**
**Robert D Dobson**
**16 Silent Meadow Lane**
**Lancaster, NY 14086**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,669.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.332 **Nonpriority creditor's name and mailing address**
**Roger Pasquarella**
**5587 Pebble Beach Drive**
**Hamburg, NY 14075**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$32,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.333 **Nonpriority creditor's name and mailing address**
**Roger W Gloss**
**2516 Route 20<br>P.O. Box 55**
**Sheridan, NY 14135**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,125.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.334 **Nonpriority creditor's name and mailing address**
**Ronna Gershberg**
**3245 St Charles Place**
**Boca Raton, FL 33434**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$550,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.335 **Nonpriority creditor's name and mailing address**
**ROUNDEL**
**P.O. Box 856293**
**Minneapolis, MN 55485**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$90,146.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.336 **Nonpriority creditor's name and mailing address**
**Royal Customs Brokers, Inc.**
**1500 Military Road**
**Tonawanda, NY 14217**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$124,587.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.337 **Nonpriority creditor's name and mailing address**
**RTA PRODUCTS LLC**
**2500 SW 32 Avenue**
**Pembroke Park, FL 33023**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.338 **Nonpriority creditor's name and mailing address**
**Rusiniak'S Service, Inc.**
**2916 Union Road**
**Buffalo, NY 14227**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,086.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.339 **Nonpriority creditor's name and mailing address**
**Russell & Paula Laduca**
**79 Ridgedale Circle**
**Tonawanda, NY 14150**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$175,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.340** **Nonpriority creditor's name and mailing address**
**Russell J. Salvatore Foundation**
**6675 Transit Road**
**Willimsville, NY 14221**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$65,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.341** **Nonpriority creditor's name and mailing address**
**RW LINDSAY, Inc.**
**581 Rock Beach Road**
**Rochester, NY 14617**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,630.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.342** **Nonpriority creditor's name and mailing address**
**Santas Workshop, Inc.**
**1650 Trumbull Avenue**
**Girard, OH 44420**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.343** **Nonpriority creditor's name and mailing address**
**Santhosh S**
**S/O Shekhar Shrinivasan, 14 Vigneshpuram**
**Tamilnadu INDIA 641031**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,130.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.344** **Nonpriority creditor's name and mailing address**
**Sat Brass Novelties**
**Ghair Saeed Khan<br>Faiz Ganj**
**Moradabad (Up), INDIA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$71,265.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** **Nonpriority creditor's name and mailing address**
**Sawdust City LLC**
**1422 Prairie Lane**
**Eau Claire, WI 54703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** **Nonpriority creditor's name and mailing address**
**Sean Hayden**
**7160 Pendale Circle.**
**North Tonawanda, NY 14120**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$88,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** **Nonpriority creditor's name and mailing address**
**Seasons 4, Inc. DBA S4 Lights**
**3601 La Grange Parkway**
**Toano, VA 23168**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$17,375.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.348** **Nonpriority creditor's name and mailing address**
**Security Mutual Life Insurance Company**
**100 Court Street**
**P.O. Box 1625**
**Binghamton, NY 13902**
**Date(s) debt was incurred** **2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** **Litigation**
Is the claim subject to offset? ■ No ☐ Yes

**3.349** **Nonpriority creditor's name and mailing address**
**Select Artificials, Inc.**
**701 N. 15th Street #39**
**Saint Louis, MO 63103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$27.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.350** **Nonpriority creditor's name and mailing address**
**Selective Insurance**
**Box 371468**
**Pittsburgh, PA 15250**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.351** **Nonpriority creditor's name and mailing address**
**Sen Masine Christmas Arts (Shenzhen) Co.**
**Room 409, Building 3, Star Global Center**
**16 Baodan Road, Danzhutou Community**
**Shenzhen, Guangdong 518112 China**
**Date(s) debt was incurred** **2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$252,559.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** **Litigation**
Is the claim subject to offset? ■ No ☐ Yes

**3.352** **Nonpriority creditor's name and mailing address**
**Seneca Lift Service**
**590 Conley Road**
**Elma, NY 14059**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,454.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.353** **Nonpriority creditor's name and mailing address**
**Shaanxi Longstar New Material Technology**
**12 Floor,Building 2,Gaoxin New World<b**
**High-Tech Development Zone**
**XI'AN, SHAANXI**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$73,340.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.354 | **Nonpriority creditor's name and mailing address**<br>**Shaanxi Lsnm Tech Co. LTD**<br>**12th Floor, Building 2, Gaoxin New World**<br>**High-Tech Development Zone**<br>**Xi'an, Shaanxi, CHINA**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.355 | **Nonpriority creditor's name and mailing address**<br>**Shandong Christmas Queen Arts & Crafts C**<br>**No. 135 Luo Er Zhuang, Damgjia Town**<br>**Jinan, SD, CHINA**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.356 | **Nonpriority creditor's name and mailing address**<br>**Shanghai Friday Arts And Crafts Imp. & E**<br>**Room 809 Building 8, No. 1898 Laiyin R**<br>**Shanghai, SH, CHINA**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.357 | **Nonpriority creditor's name and mailing address**<br>**Shanghai Hema Home Decoration Co. LTD**<br>**No. 551, Tongli Road**<br>**Jiuting, Songjiang District**<br>**Shanghai 201615, CHINA**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.358 | **Nonpriority creditor's name and mailing address**<br>**Shanor Electric Supply**<br>**2440 Sheridan Drive**<br>**Tonawanda, NY 14150**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,029.00** |
| 3.359 | **Nonpriority creditor's name and mailing address**<br>**Shantou Qunsheng Toys Co. LTD**<br>**6th Floor of Jiayuan Shop,**<br>**Fu An Road Guangyi Street Chenghai**<br>**Shantou Guangdong CHINA**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.360 | **Nonpriority creditor's name and mailing address**<br>**Shenyang Haode Foreign Trade Co., LTD**<br>**Room C 10th Floor. Longding Building.**<br>**Shanghai, SH, CHINA**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

3.361 **Nonpriority creditor's name and mailing address**
**Shenzhen Anlide Technology Co., Ltd**
**Rm11d, 1bldg, Chengxinhuating,**
**Bujitown, Longgang Dist., Shenzhen CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$419,287.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.362 **Nonpriority creditor's name and mailing address**
**Shenzhen Chuangxin Packing Material Tech**
**1101 Building 5B, Huaqiang Idea Park**
**Biyan Community**
**Guangming District, Shenzhen, CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.363 **Nonpriority creditor's name and mailing address**
**Shenzhen Lyana Decoration Prod Co. Ltd**
**Village Longhua street**
**Shenzhen City Guangzhou Province CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.364 **Nonpriority creditor's name and mailing address**
**Sherwood Food Distributors**
**16625 Granite Road**
**Maple Heights, OH 44137**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,375.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.365 **Nonpriority creditor's name and mailing address**
**Shih-Ying International Co. LTD**
**Unit 1101 11/F<br>Enterprise Square Towe**
**Kowloon Bay, HONG KONG**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.366 **Nonpriority creditor's name and mailing address**
**Shipco Transport, Inc.**
**80 Washington Street**
**Hoboken, NJ 07030**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.367 **Nonpriority creditor's name and mailing address**
**Simple Living Solutions**
**7511 E Mcdonald Drive**
**Scottsdale, AZ 85250**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$36,627.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.368** **Nonpriority creditor's name and mailing address**
**Skyworks Equipment Rental**
**P.O. Box 74404**
**Cleveland, OH 44194**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$480.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.369** **Nonpriority creditor's name and mailing address**
**Sonwil Logistics**
**2732 Transit Road**
**Buffalo, NY 14224**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,939.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.370** **Nonpriority creditor's name and mailing address**
**Spectrum**
**400 Washington Boulevard**
**Stamford, CT 06902**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,573.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.371** **Nonpriority creditor's name and mailing address**
**Spectrum Rep Group**
**41 Lakewood Drive**
**Kirkwood, PA 17536**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,487.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.372** **Nonpriority creditor's name and mailing address**
**Speier Display, Inc.**
**5550 Parkwalk Circle E**
**Boynton Beach, FL 33472**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.373** **Nonpriority creditor's name and mailing address**
**Spring Merchant**
**Str. Branduselor<br>Nr. 108, Bl. 88, Ap.**
**Brasov, Brasov 500392, ROMANIA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$65.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.374** **Nonpriority creditor's name and mailing address**
**SPS COMMERCE, Inc.**
**P.O. Box 205782**
**Dallas, TX 75320**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$690.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.375 **Nonpriority creditor's name and mailing address**
**SPS Temporaries, Inc.**
**135 Delaware Avenue**
**Buffalo, NY 14202**
**Date(s) debt was incurred** 2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$96,295.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

3.376 **Nonpriority creditor's name and mailing address**
**Srimalini D S**
**107, North Street Opp Rasammal Mandapam,**
**Tamilnadu INDIA 638115**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,982.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

3.377 **Nonpriority creditor's name and mailing address**
**Staffworks Group**
**P.O. Box 823473**
**Philadelphia, PA 19182**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,936.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

3.378 **Nonpriority creditor's name and mailing address**
**Stoneage Arts, Inc.**
**900 Armstrong Boulevard**
**Kissimmee, FL 34741**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$28.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

3.379 **Nonpriority creditor's name and mailing address**
**Sunbelt Rentals, Inc.**
**P.O. Box 409211**
**Atlanta, GA 30384**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,460.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

3.380 **Nonpriority creditor's name and mailing address**
**Surface Finishing Sys**
**3 Roberts Avenue**
**Buffalo, NY 14206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

3.381 **Nonpriority creditor's name and mailing address**
**Swimline International**
**191 Rodeo Drive**
**Edgewood, NY 11717**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

3.382 **Nonpriority creditor's name and mailing address**
**T-Mark Plumbing, Heating, Cooling & Elec**
**577 Englewood Avenue**
**Buffalo, NY 14223**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.383 **Nonpriority creditor's name and mailing address**
**Taizhou Taizhiyi Crafts Co. LTD**
**Room 1102, Building 1, Tianqin Apartme**
**Taizhou City, Zhejiang Province**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$41,822.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.384 **Nonpriority creditor's name and mailing address**
**Taizhou Tengyuan Decorative Lighting Co.**
**Qingtantou Village**
**Linhai City Taizhou, ZJ, 317000, CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.385 **Nonpriority creditor's name and mailing address**
**Technology Recovery Group LTD**
**P.O. Box 933260**
**Cleveland, OH 44145**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,344.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.386 **Nonpriority creditor's name and mailing address**
**Telp Enterprises, Inc.**
**941 Losson Road**
**Cheektowaga, NY 14227**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$700.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.387 **Nonpriority creditor's name and mailing address**
**TextMagic LTD**
**20 Eastern Road**
**Orbital House Romford**
**Essex, RM1 3PJ**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$218.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.388 **Nonpriority creditor's name and mailing address**
**Thai Chin Fu Enterprise Co. LTD**
**8/1 Moo 10,**
**Bangkhuan**
**Mueang Chachoengsao, 24000, THAILAND**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$223,350.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.389 **Nonpriority creditor's name and mailing address**
**The Beistle Company**
**1 Beistle Plaza**
**Shippensburg, PA 17257**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.390 **Nonpriority creditor's name and mailing address**
**The Business Journals**
**120 W Morehead Street**
**Charlotte, NC 28202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,495.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.391 **Nonpriority creditor's name and mailing address**
**The Memory Company LLC**
**25 Downing Drive**
**Phenix City, AL 36869**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.392 **Nonpriority creditor's name and mailing address**
**The Primrose Lane**
**2003 Saint Street**
**Richland, WA 99354**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.393 **Nonpriority creditor's name and mailing address**
**The Tree Doctor**
**4752 Shisler Road**
**Clarence, NY 14031**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,968.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.394 **Nonpriority creditor's name and mailing address**
**The Uttermost Company**
**3325 Grassy Hill Road<br>P.O. Box 558**
**Rocky Mount, VA 24151**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.395 **Nonpriority creditor's name and mailing address**
**The Whitehurst Company**
**146 Halstead Street, Suite 3**
**Rochester, NY 14610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$23.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.396 | **Tianmei Craftwork Co., LTD**<br>**No.5 Baoshi Street 3 Tianliao Village**<br>**Shenzhen, GD, CHINA**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.397 | **Timothy Bunch**<br>**3301 Zoeller Road.**<br>**Alden, NY 14004**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$100,000.00** |
| 3.398 | **Timothy Welch**<br>**142 Morris Avenue**<br>**Buffalo, NY 14214**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$83,000.00** |
| 3.399 | **Today'S Treasures, Inc.(Container)**<br>**4th Floor, No. 11, Lane 329, Tung Hua S.**<br>**Sec. 1, Taipei, TAIWAN**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$56,892.00** |
| 3.400 | **Tom Cogan**<br>**158 North Long Street**<br>**Williamsville, NY 14221**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,000.00** |
| 3.401 | **Top Tier Financing LLC**<br>**4520 Northwest 7th Street**<br>**Miami, FL 33126**<br>**Date(s) debt was incurred** 03/2026<br>**Last 4 digits of account number** 0287 | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1.00** |
| 3.402 | **Tops Markets**<br>**1760 Wehrle Drive**<br>**Buffalo, NY 14221**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$20.00** |

3.403 **Nonpriority creditor's name and mailing address**
**Transfer Sales & Trading**
**5534 Via Marina**
**Williamsville, NY 14221**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$82,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.404 **Nonpriority creditor's name and mailing address**
**Travelers Cl Remittance Ctr**
**P.O. Box 660317**
**Dallas, TX 75266**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,811.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.405 **Nonpriority creditor's name and mailing address**
**Triumph Industries (Thailand)**
**344 Soi Soonwijai 4, Rama 9 Road**
**Bang Kapi, Huai Khwang**
**Bangkok 10310, THAILAND**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,064.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.406 **Nonpriority creditor's name and mailing address**
**Trustspot**
**1500 1st Avenue N, Unit 32, Suite L134**
**Birmingham, AL 35203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$149.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.407 **Nonpriority creditor's name and mailing address**
**Uber Freight LLC**
**P.O. Box 74007178**
**Chicago, IL 60674**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,346.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.408 **Nonpriority creditor's name and mailing address**
**Udhaya Kumar S**
**124/198, Extension Street**
**Singanallur, Coimbatore Tamil Nadu INDIA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.409 **Nonpriority creditor's name and mailing address**
**ULINE**
**Attn: Accounts Receivable<br>P.O. Box**
**Chicago, IL 60680**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,033.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.410 | **Nonpriority creditor's name and mailing address**<br>**Union Products, Inc.**<br>**1-B Princeton Road**<br>**Fitchburg, MA 01420**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,667.00** |
| 3.411 | **Nonpriority creditor's name and mailing address**<br>**United Business Systems, Inc.**<br>**316 Seneca Street**<br>**Buffalo, NY 14204**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,182.00** |
| 3.412 | **Nonpriority creditor's name and mailing address**<br>**Universal Statues US**<br>**30 Warren Place**<br>**Mount Vernon, NY 10550**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$13.00** |
| 3.413 | **Nonpriority creditor's name and mailing address**<br>**UPS**<br>**55 Glenlake Parkway**<br>**Northeast Atlanta, GA 30328**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$503,282.00** |
| 3.414 | **Nonpriority creditor's name and mailing address**<br>**UPS CANADA**<br>**P.O. Box 4900, Station A**<br>**Toronto, ON, M5W 0A7, CANADA**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$152,721.00** |
| 3.415 | **Nonpriority creditor's name and mailing address**<br>**UPS PROFESSIONAL SERVICES, Inc.**<br>**28013 Network Place**<br>**Chicago, IL 60673**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.416 | **Nonpriority creditor's name and mailing address**<br>**UPS SUPPLY CHAIN SOLUTIONS, Inc.**<br>**28013 Network Place**<br>**Chicago, IL 60673**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$272,375.00** |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.417 | **UPS/UPS SCS CHICAGO (Deposco)**<br>**28013 Network Place**<br>**Chicago, IL 60673**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$151,078.00** |
| 3.418 | **US CUSTOMS & BORDER PROTECTION**<br>**Dtops Program Administrator**<br>**Indianapolis, IN, 46278, INDIA**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$212,440.00** |
| 3.419 | **VERIZON WIRELESS**<br>**P.O. Box 408**<br>**Newark, NJ 07101**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$40.00** |
| 3.420 | **Vim-Art International Corp**<br>**#1-701 24 Gangjing Garden 116**<br>**Zhongshan Dalian, DN, CHINA**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$28,725.00** |
| 3.421 | **VSERVE EBUSINESS SOLUTIONS**<br>**23-A Mill Road**<br>**Tamil Nadu, Coimbatore, 641001**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.422 | **Way Fung Motor & Metal LTD**<br>**22-26 Austin Avenue**<br>**Hong Kong, China**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.423 | **WB Mason Co., Inc.**<br>**P.O. Box 981101**<br>**Boston, MA 02298**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$68.00** |

**3.424** **Nonpriority creditor's name and mailing address**
**Welke Customs Brokers USA, Inc.**
**36 Delaware Street**
**Tonawanda, NY 14150**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$64.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.425** **Nonpriority creditor's name and mailing address**
**Wenzhou N. & A. Foreign Trade**
**16/F, International Trade Center, Buil**
**West, Wenzhou, Zhejiang, 325027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.426** **Nonpriority creditor's name and mailing address**
**West Of The Wind LLC**
**126 N. 2nd Avenue**
**Durant, OK 74701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.427** **Nonpriority creditor's name and mailing address**
**White Rock Cybersecurity**
**9330 LBJ Freeway, Suite 850**
**Dallas, TX 75243**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,472.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.428** **Nonpriority creditor's name and mailing address**
**Whitesand Family LP**
**335 Renaissance Drive.**
**Williamsville, NY 14221**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$170,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.429** **Nonpriority creditor's name and mailing address**
**Willead International Group Limited**
**No 1 Block, Nancun Wushe Industries**
**Longgui Town, Baiyun District**
**Guangzhou, 510540**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.430** **Nonpriority creditor's name and mailing address**
**Winsome Trading, Inc.**
**16111 Woodinville-Redmond Road NE**
**Woodinville, WA 98072**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.431 **Nonpriority creditor's name and mailing address**
**Wuhan International Trading Co., LTD**
**Room 705 7/F. No.8 Xianggang Road**
**Wuhan, HB, CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.432 **Nonpriority creditor's name and mailing address**
**Wuyi Beyond Tools Co. LTD**
**Baiyang Industrial Zone**
**Wuyi, ZJ, 321200, CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.433 **Nonpriority creditor's name and mailing address**
**Xiamen Golden Holley Arts Co. LTD**
**39 Xiayang Road**
**Xinan Industrial Park, Haicang District,**
**Fujian 361022, CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.434 **Nonpriority creditor's name and mailing address**
**Xiamen Leiyi Import & Export**
**6th Floor, No. 78 Tiyu Road**
**Xiamen, Fujian 361012, CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.435 **Nonpriority creditor's name and mailing address**
**Xindapak**
**No. 68, Changdong Village**
**Changjing Town**
**Jiangyin, Jiangsu, CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.436 **Nonpriority creditor's name and mailing address**
**Yadhav Krishna Mk**
**S/O Kamalakkannan M Neelavathi Illam Ach**
**Coimbatore Tamil Nadu INDIA 642002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,105.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.437 **Nonpriority creditor's name and mailing address**
**Yensay International Co. LTD**
**2F., No.63, Sec.1, Chang An E. Road**
**Taipe**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$235,544.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

3.438 **Nonpriority creditor's name and mailing address**
**Zebra Technologies International LLC**
**3 Overlook Point**
**Lincolnshire, IL 60069**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,417.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.439 **Nonpriority creditor's name and mailing address**
**Zhejiang Feimai Optoelectronic Technolog**
**No. 11-12, Shuangjia Road**
**Anhua Town, Zhuji City**
**Shaoxing**
**Zhejiang Province, CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.440 **Nonpriority creditor's name and mailing address**
**Zhejiang Jinlong Supply Chain Management**
**Hexing Village, Lubei Town,<br>Luqiao**
**Taizhou, Zhejiang Province**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.441 **Nonpriority creditor's name and mailing address**
**Zhuguang Group Sanmen Christmas Art & Cr**
**Hexing Village,lubei Town, luqiao Distri**
**Taizhou City, Zhejiang Province CHINA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.442 **Nonpriority creditor's name and mailing address**
**Zim American Integrated Shipping Service**
**5801 Lake Wright Drive**
**Norfolk, VA 23502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,221.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business debt**
Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Addelman Cross & Baldwin, P.C.**<br>**5680 Main Street**<br>**Williamsville, NY 14221** | Line **3.138**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Aroma**<br>**Room 1005, 10/F HO KING**<br>**COMMERCIAL CENTRE 2-16 FA**<br>**YUEN STREET MONGKOK KL HK** | Line **3.225**<br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Attea & Attea, P.C.**<br>**11 Main Street**<br>**Hamburg, NY 14075** | Line **3.103**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Boris Yankovich, Esq.**<br>**2916 Shell Road**<br>**Brooklyn, NY 11224** | Line **3.232**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Budwey Supermarkets**<br>**527 Division Street**<br>**North Tonawanda, NY 14120** | Line **3.138**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **David M. Katz, Esq.**<br>**1411 Broadway**<br>**29th Floor**<br>**New York, NY 10018** | Line **3.181**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Gross Shuman Brizdle & Gilfillan, P.C.**<br>**465 Main Street**<br>**Suite 600**<br>**Buffalo, NY 14203** | Line **3.351**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Gross Shuman Brizdle & Gilfillan, P.C.**<br>**465 Main Street**<br>**Suite 600**<br>**Buffalo, NY 14203** | Line **3.32**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Hinman, Howard & Kattell, LLP**<br>**80 Exchange Street**<br>**P.O. Box 5250**<br>**Binghamton, NY 13902** | Line **3.348**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Maidenbaum & Associates, PLLC**<br>**1 Broadcast Plaza**<br>**Merrick, NY 11566** | Line **3.168**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **MNY Capital**<br>**1078 Summit Ave, Ste 104**<br>**Jersey City, NJ 07307** | Line **3.66**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Ohio Attorney General**<br>**Collection Enforcement Section**<br>**Attn: Bankruptcy Staff**<br>**150 East Gay Street, 21st Floor**<br>**Columbus, OH 43215** | Line **2.12**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Relin, Goldstein & Crane, LLP**<br>**28 East Main Street**<br>**Suite 1800**<br>**Rochester, NY 14614** | Line **3.52**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Rupp Pfalzgraf**<br>**1600 Liberty Building**<br>**424 Main Street**<br>**Buffalo, NY 14202** | Line **3.375**<br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.15 | **The Law Firm of Jonathan R. Miller**<br>**100 Overlook Center**<br>**2nd Floor**<br>**Princeton, NJ 08540** | Line **3.234**<br>☐ Not listed. Explain ____ | _ |

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. | + | $ **21,599,574.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **21,599,574.00** |

**Fill in this information to identify the case:**

Debtor name **Gordon Companies, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Gordon Companies, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Alwayslit** | **85 Innsbruck Dr**<br>**Cheektowaga, NY 14227** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Brightworks Industries, Inc.** | **529 Colvin Avenue**<br>**Buffalo, NY 14216** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Christmas Central** | **85 Innsbruck Dr**<br>**Cheektowaga, NY 14227** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Christmas Special** | **85 Innsbruck Dr**<br>**Cheektowaga, NY 14227** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Christmas.com** | **85 Innsbruck Dr**<br>**Cheektowaga, NY 14227** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Christmascentral .com Sat** | **85 Innsbruck Dr Cheektowaga, NY 14227** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Colvin Oakdale LLC** | **85 Innsbruck Dr Cheektowaga, NY 14227** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Creekside Banquet & Picnic Grove, Inc.** | **2669 Union Road Cheektowaga, NY 14227** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Creekside Restaurant & Grove, Inc.** | **5792 Main St Buffalo, NY 14216** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Dave's Christmas** | **85 Innsbruck Dr Cheektowaga, NY 14227** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Dave's Christmas Wonderland** | **120 Belvoir Road Williamsville, NY 14221** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Dave's Crafts & Christmas** | **85 Innsbruck Dr Cheektowaga, NY 14227** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Dave's Market & Christmas Wonderland** | **85 Innsbruck Dr Cheektowaga, NY 14227** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|---|
| 2.14 | **Dave's Mkt Christmas Wonderland** | **85 Innsbruck Dr<br>Cheektowaga, NY 14227** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **David M. Gordon** | **5504 Herons Glen<br>Clarence, NY 14031** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **David Michael Gordon** | **5504 Herons Gln<br>Clarence, NY 14031** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **DLD of Amherst Inc.** | **85 Innsbruck Dr<br>Cheektowaga, NY 14227** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | **Gordon Companies II LLC** | **85 Innsbruck Drive<br>Cheektowaga, NY 14227** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | **Gordon Companies Inc.** | **120 Belvoir Road<br>Williamsville, NY 14221** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | **National Warehouse Sales, Inc.** | **27 Ranch Trail<br>Williamsville, NY 14221** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | **Northlight** | **85 Innsbruck Dr<br>Cheektowaga, NY 14227** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|---|
| 2.22 | **Pepper Plus Inc.** | **529 Colvin Avenue<br>Buffalo, NY 14216** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | **Pool Central** | **85 Innsbruck Dr<br>Cheektowaga, NY 14227** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **Real Touch** | **85 Innsbruck Dr<br>Cheektowaga, NY 14227** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | **Spooky Town** | **85 Innsbruck Dr<br>Cheektowaga, NY 14227** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | **The Window Magic Corporation** | **2675 Union Road<br>Cheektowaga, NY 14227** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**United States Bankruptcy Court**
**Western District of New York**

In re **Gordon Companies, Inc.** Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Cheif Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 14, 2026**

**/s/ Jeff Sands**
**Jeff Sands**/**Cheif Restructuring Officer**
Signer/Title

1-2-3 Delivery Services, Inc.
P.O. Box 1927
Williamsville, NY 14231

360 Professional Services Group
678 Sheridan Drive
Tonawanda, NY 14150

42Gears Mobility Systems, Inc.
1130 Cadillac Court
Milpitas, CA 95035

7 Easy Houseware LTD
Room A201
Shanghai, SH, 201901, CHINA

A Village Locksmith
6926 Erie Road
Derby, NY 14047

A&B Floral Supply Co., Inc.
7101 Macfarlane Boulevard.
Charlotte, NC 28262

A&B Home, Inc.
800 N Haven Avenue, Suite 425
Ontario, CA 91764

AC&F Corporation
165 Jug Hollow Road
Phoenixville, PA 19460

ACT Data Services, Inc.
17-10 River Road
Fair Lawn, NJ 07410

Adam Schinabeck
329 75th Street
Niagara Falls, NY 14304

Adam Wojdyla
8395 Glen Eagle Drive
Manlius, NY 13104

Addelman Cross & Baldwin, P.C.
5680 Main Street
Williamsville, NY 14221

Advanced Alarm, Inc.
527 Fillmore Avenue
Tonawanda, NY 14150

AEROTEC
P.O. Box 198531
Atlanta, GA 30384

Alabama Department of Revenue
Legal Division Bankruptcy Section
P.O. Box 320001
Montgomery, AL 36132

Alamode Fashion Jewelry
10152 Chapman Avenue
Garden Grove, CA 92840

Alan Hastings
125 Edward Street, Unit 2C
Buffalo, NY 14201

Alexander Taron, Inc.
1834 Palma Drive, Suite K
Ventura, CA 93003

Aljon Dado-Acon
28 Diaz Compd Guitnang Bayan Ii
San Mateo Rizal PHILIPPINES 1850

All The Rages, Inc.
355 Eisenhower Parkway, Suite 101
Livingston, NJ 07039

Allstate Floral, Inc.
14101 Park Place
Cerritos, CA 90703

Alt Funding
2941 NW 62nd Street, Suite 201
Fort Lauderdale, FL 33309

Alvin S Estrada
Lot 19 Block 4 Progressive Village M. Sa
Antipolo City SAN JOSE

Alwayslit
85 Innsbruck Dr
Cheektowaga, NY 14227

American Express
P.O. Box 96001
Los Angeles, CA 90096

Anastasi Trucking, Inc.
527 Division Street
North Tonawanda, NY 14120

Anderson Kill P.C.
7 Times Square
New York, NY 10036

Andrew Carmelo Sanchez Ricardo
Blk 4 Lot 27 Sitio Bagong Buhay, Tanag,
San Jose, Antipolo City, Rizal

Angeline Mallari Aguilar
B7 L17 Loremar Grandhomes Executive Vill
San Roque ANTIPOLO CITY PHILIPPINES 1870

Anhui Hi-Charm Lighting Co. LTD
No 128 Jingui Road<br>Hangbu Industrial
Sucheng Town Liuan City
ANHUI PROVINCE, 231300

Anhui Whywin International Co., LTD
Publishing & Media Plaza, No. 1118 She
Zhengwu Wenhua New District, Hefei
Anhui, 230071, CHINA

Anthony J Santa Maria Jr
P.O. Box 41
Kenmore, NY 14217

ANTHROPIC* CLAUDE
548 Market Street PMB 90375
San Francisco, CA 94104

Apple Advance LLC
1047 53rd Street
Brooklyn, NY 11219

ArcBest
Attn: Abf Freight System   Inc<br>50 Fly
Tonawanda, NY 14150

Arizona Department of Revenue
Attn: Bankruptcy/Collections
1600 West Monroe Street
Phoenix, AZ 85007

Aroma
Room 1005, 10/F HO KING
COMMERCIAL CENTRE 2-16 FA
YUEN STREET MONGKOK KL HK

Arthur J Gallagher Risk Management Servi
Ajgrms - Mt<br>P.O. Box 95792
Chicago, IL 60694

Aswanth Shanmugam
No. 6 Chinmaya Nagar 2nd West Vadavalli
Coimbatore  INDIA 641-041

AT Technology, Inc.
636 Sheridan Drive
Tonawanda, NY 14150

Atlas Lighting & Home
1473 Yorkhouse Road
Rabun Gap, GA 30568

Attea & Attea, P.C.
11 Main Street
Hamburg, NY 14075

Auskin USA
P.O. Box 1165
Arvada, CO 80001

B Gokul
29-16 Maruthasalapuram, Vivekanandar Str
Gandhinagar, Tiruppur  INDIA Tamilnadu 6

B P Haen Mechanical
4223 Block Road
Delevan, NY 14042

B.P. Haen Mechanical Contracting LLC
4223 Block Road
Delevan, NY 14042

Barreveld International DBA BIDK Home
3027 Route 9
Cold Spring, NY 10516

Bart Collins
11196 Lake Shore Place North
Palm Beach, FL 33408

BayState Pool Supplies
P.O. Box 1065
Brattleboro, VT 05302

BayState-Albany
P.O. Box 846
Worcester, MA 01613

Bazaarvoice, Inc.
10901 Stonelake Boulevard
Austin, TX 78759

Bear Natural Organics
146-B Ferry Street<br>Suite B-1-1067
Newark, NJ 01105

Berthelot Mansueto
Blk 4 Lt 16 Desert Rose St. Camella Home
Sambat, San Pascual, Batangas 4204

BigCommerce.com
11920 Alterra Parkway D11 /   Suite 100
Austin, TX 78758

Bison Laboratories, Inc.
100 Leslie Street
Buffalo, NY 14211

Bonadio & Co., LLP
P.O. Box 657
Buffalo, NY 14240

Boris Yankovich, Esq.
2916 Shell Road
Brooklyn, NY 11224

Brian Donovan
460 East Avenue
Rochester, NY 14607

Brian Hutchison
6440 Bartz Road
Lockport, NY 14094

Bridget Williams
471 Delaware Avenue, Suite 1
Buffalo, NY 14202

Brightworks Industries, Inc.
529 Colvin Avenue
Buffalo, NY 14216

Brite Star Manufacturing, Co.
2900 South 20th Street
Philadelphia, PA 19145

BrowserStack, Inc.
4512 Legacy Drive, Suite 100
Plano, TX 75024

Brubaker USA
5300 E Adamo Drive, Suite A
Tampa, FL 33619

Budwey Supermarkets
527 Division Street
North Tonawanda, NY 14120

Cadence Wojdyla
221 Homer Lane
Mooresville, NC 28117

California Department of Tax and Fee Adm
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279

Canada Post Corporation
2701 Riverside Drive
Ottawa, ON, K1A 1L7, CANADA

CANVA PTY LTD
2140 South Dupont Highway
Camden, DE 19934

Cap Capital
2613 East 16th Street
Brooklyn, NY 11235

Capital One
Attn: Payment Processing
PO Box 71087
Charlotte, NC 28272

Capital Worx
535 5th Ave, 4th Floor, Suite 1019
New York, NY 10017

CARD IT
Attn:  Joan Littleton<br>P.O. Box 250
Bronston, KY 42518

Carl Savarino
5658 Creekwood Drive
East Amherst, NY 14051

Carlos Gonzalez
c/o Edward Y. Kroub, Esq.
Mizrahi Kroub, LLC
225 Broadway, 39th FL
New York, NY 10007

CARM - CANADA REVENUE AGENCY
Connaught Building, 555   Mackenzie Aven
Ottawa, ON K1A 0L5, CANADA

Carmen Toromino
81 Tussing Lane #4
Tonawanda, NY 14150

Carol L. Zeler
250 Desmond Drive
Tonawanda, NY 14150

Carolina Chair And Table Co.
P.O. Box 18745
Greensboro, NC 27419

Carson Home Accents
189 Foreman Road
Freeport, PA 16229

Cascades Containerboard Packaging, Inc.
P.O. Box 673764
Detroit, MI 48267

Castlegate Logistics, Inc.
4 Copley Place<br>Floor 7
Boston, MA 02116

CBM - FUZHOU IMPORT EXPORT
Unit C, 10th Floor,   International Buil
Fuzhou, Fujian   350000/350003, CHINA

Certified Pest Solutions, Inc.
3737 Lake Shore Road
Blasdell, NY 14219

CESC - COVID EIDL Service Center
14925 Kingsport Road
Fort Worth, TX 76155

Chaang Chiia (VN)
Lot B10-11-12/Ii, Street No. 5
Vinh Loc Industrial Zone, Binh Hung Hoa
Ho Chi Minh City, VIETNAM

Changzhou Yishine Corporation
Room 12B02,12B/F,Dacheng Building,No.8
Changzhou, JS, CHINA

Cheektowaga Economic Development Corpora
275 Alexander Avenue
Cheektowaga, NY 14211

Chi Wing Rattan Fty
2nd Floor, Block A, Hoplite Industrial
Kowloon Bay
Kowloon, HONG KONG

Child Support Unit
95 Franklin St 2nd Floor Room 230
Buffalo, NY 14202

Christine Dimazana
Blk 21 Lot 57 Phase 3 Peace Village Brgy
San Luis Antipolo RIZAL PHILIPPINES 1870

Christmas Central
85 Innsbruck Dr
Cheektowaga, NY 14227

Christmas Central 401k Plan
c/o American Funds
P.O. Box 6040
INDIANAPOLIS, IN 46206

Christmas Special
85 Innsbruck Dr
Cheektowaga, NY 14227

Christmas.com
85 Innsbruck Dr
Cheektowaga, NY 14227

Christmascentral.com Sat
85 Innsbruck Dr
Cheektowaga, NY 14227

Chunghsin Int'L Trading Group (Haze)
5th Floor, Building A, International E
Jiangd

Citi Talent
7/F Harbour Centre To
Kowloon, HK, HONG KONG

Classy Caps Mfg, Inc.
2636 County Road 20 E
Harrow, ON, N0R 1G0, CANADA

Claudette Iglesias Vargas
B29 L27 Ivy Street Robinsons Homes East
Antipolo City RIZAL 1870

Colonial Mills
77 Pawtucket Avenue
Rumford, RI 02916

Colorado Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 17087
Denver, CO 80217

Colvin Oakdale LLC
85 Innsbruck Dr
Cheektowaga, NY 14227

Compania
9701 NW 112th Avenue Suite 15
Miami, FL 33178

Complete Security, Inc.
P.O. Box 380
Buffalo, NY 14223

Connecticut Department of Revenue Servic
Bankruptcy Team
450 Columbus Boulevard, Suite 1
Hartford, CT 06103

Continental Studios, Inc.
P.O. Box 512
Parkridge, IL 60068

Cope Bestway
P.O. Box 179
Cheektowaga, NY 14225

Corr Distributors, Inc.
89 Pearce Avenue
Tonawanda, NY 14150

Couristan
2 Executive Drive
Fort Lee, NJ 07024

Creekside Banquet & Picnic Grove, Inc.
2669 Union Road
Cheektowaga, NY 14227

Creekside Restaurant & Grove, Inc.
5792 Main St
Buffalo, NY 14216

Criteo Corp
387 Park Avenue South<br>12th Floor
New York, NY 10016

Crusader Group LLC
1185 South Main Street
Cheshire, CT 06410

CSX Transportation
500 Water Street, #4445
Jacksonville, FL 32202

D & J of Western New York
493 Kennedy Road
Cheektowaga, NY 14227

Daniel P Klos CPA
170 Winkler Drive
Grand Island, NY 14072

Dave's Christmas
85 Innsbruck Dr
Cheektowaga, NY 14227

Dave's Christmas Wonderland
120 Belvoir Road
Williamsville, NY 14221

Dave's Crafts & Christmas
85 Innsbruck Dr
Cheektowaga, NY 14227

Dave's Market & Christmas Wonderland
85 Innsbruck Dr
Cheektowaga, NY 14227

Dave's Mkt Christmas Wonderland
85 Innsbruck Dr
Cheektowaga, NY 14227

Davenport Law PLLC
424 Main Street, 1600 Liberty Building
Buffalo, NY 14202

David Burke
7366 East Quaker Road
Orchard Park, NY 14127

David Hillary
6152 Bridlewood Drive S.
East Amherst, NY 14051

David M. Gordon
5504 Herons Glen
Clarence, NY 14031

David M. Katz, Esq.
1411 Broadway
29th Floor
New York, NY 10018

David Michael Gordon
5504 Herons Gln
Clarence, NY 14031

David R Anthony
17 Shady Grove Drive
East Amherst, NY 14051

DC Miltiades LLC
2989 Winterthur Close NW
Kennesaw, GA 30144

De Lage Landen Fin Serv
P.O. Box 41602
Philadelphia, PA 19101

Dell Business Credit
Payment Processing   Center<br>P.O. Box
Carol Stream, IL 60197

Dell Financial Services LLC
Payment Processing   Center<br>P.O. Box
Carol Stream, IL 60197

Diane Gordon
86 Waxwing Court
East Amherst, NY 14051

Dicksons, Inc.
P.O. Box 97
Middletown, OH 45042

DLD of Amherst Inc.
85 Innsbruck Dr
Cheektowaga, NY 14227

Doing Well Co. LTD
New Jinqiao Road, Pudong
Shanghai 201206, CHINA

Dolphin Logistics, Inc.
1944 East Vista Bella Way
Rancho Dominguez, CA 90220

Domenic J. Migliaccio, ESQ.
5350 Main Street Suite 200
Williamsville, NY 14221

Donald Spoth Farm
2715 Tonawanda Creek Road
Amherst, NY 14228

Douglass, Blair
c/o Kevin W. Tucker, Esq.
EAST END TRIAL GROUP LLC
6901 Lynn Way, Suite 503
Pittsburgh, PA 15208

Drew Derose Design
53 E Springfield Street, #4
Boston, MA 02116

DSA Trading Co., Inc.
236 Jacob Street
Seekonk, MA 02771

DSV AIR & SEA, Inc.
268 Main Street
Buffalo, NY 14202

Dyatech LLC
381 Highland Colony Parkway
Ridgeland, MS 39157

Eagle Gift & Novelty Co., LTD
Unit 1314 Honour Ind. Ctr. 6   Sun Yip S
Hk, HONG KONG

Eaton Office Supply-002
180 John Glenn Drive
Amherst, NY 14228

Edgar Mark N. Parilla
168 Sitio Langhaya Brgy. Dela Paz
Antipolo City ANTIPOLO RIZAL PHILIPPINES

Enesco Group LLC
Box #26257
Chicago, IL 60673

Eric Patricko
2522 Daniel Drive
Niagara Falls, NY 14304

Erie County Water
P.O. Box 5148
Buffalo, NY 14240

Erik'S Snow Removal & Yard Work
199 Wagner Avenue
Sloan, NY 14212

Evergreen Shipping Agency (America) Corp
1 Evertrust Plaza
Jersey City, NJ 07302

Express Employment Services, Inc.
P.O. Box 945434
Atlanta, GA 30394

FEDEX
P.O. Box 371461
Pittsburgh, PA 15250

FEDEX Canada Corporation
P.O. Box 4626<br>Toronto STN A
Toronto, Ontario, M5W 5B4, CANADA

FedEx Freight
P.O. Box 223125
Pittsburg, PA 15251

Fibre World
P.O. Box 4643<br>Cullen Road, Alleppey-1
Kerala, INDIA

First Reliance Standard
Lockbox 650804 1501 N. Plano Road., Suit
Richardson, TX 75081

Five Star Bank
55 North Main Street
Warsaw, NY 14569

FORBES
P.O. Box 5472
Harlan, IA 51593

Frank Bork
36 Main Street
Attica, NY 14011

Frank Budwey
6235 Lake Avenue
Orchard Park, NY 14127

Franklin Capital Group, LLC
32300 Northwestern Highway, Suite 215
Farmington Hills, MI 48334

Freshworks
2950 S Delaware Street, Floor 2
San Mateo, CA 94403

Frey Electric Const Co.
100 Pearce Avenue
Tonawanda, NY 14150

Fund Now LLC
2613 East 16th Street
Brooklyn, NY 11235

G&I IX EMPIRE THRUWAY PLAZA LLC
Lockbox 8000469
Buffalo, NY 14267

Galt International
8833 Flower Road
Rancho Cucamonga, CA 91730

Gary Anastasi
4430 Walden Avenue
Lancaster, NY 14086

Gary Robinson
275 Northpopinte Parkway Suite 100
Amherst, NY 14228

Genesis Merchant Services
732 Sunrise Highway Suite 209
Baldwin, NY 11510

GHH, Inc. Celestial Lights
2954 West Logan Boulevard
Chicago, IL 60647

Gleason Corporation, Inc. - Algoma
P.O. Box 776213
Chicago, IL 60677

Glenn Distributors Corp
8405 Route 130
Pennsauken, NJ 08110

Global Best Industrial (Container)
Room 4-9 3/F Block A<br>Proficient Indus
Kowloon Bay
KOWLOON, HK, HONG KONG

Gold Crest Distributing LLC
P.O. Box 157
Mexico, MO 65265

GoodGuys
4520 NW 7th Street
Miami, FL 33126

Gordon Companies II LLC
85 Innsbruck Drive
Cheektowaga, NY 14227

Gordon Companies Inc.
120 Belvoir Road
Williamsville, NY 14221

GoToMyPC.com
333 Summer Street, 5th Floor
Boston, MA 02210

GRAINGER
50 Mckesson Parkway
Buffalo, NY 14225

Green Mountain Imports LLC
740 Marshall Avenue
Williston, VT 05495

Gregory Phillies MD
101 Oakgrove Drive
Williamsville, NY 14221

Gross Shuman Brizdle & Gilfillan, P.C.
465 Main Street
Suite 600
Buffalo, NY 14203

GS1 US, Inc.
Department 781271<br>P.O. Box 78000
Detroit, MI 48278

GTG MANUFACTURING SDN BHD
No. 1, Jalan Plumbum 1, Kawasan   Perind
Selangor, MALAYSIA

Guangzhou Panyu Dadi Hardware Rattan Ind
Room 501? Building 4?Lane   9?No.283 Qin
Panyu, GUANGZHOU

H A Treichler & Sons, Inc.-001
2687 Saunders Settlement Road
Sanborn, NY 14713

Hagerty Insurance
P.O. Box 660821
Dallas, TX 75266

Haier'S Fire Extinguisher LLC
8558 Sisson Highway
Eden, NY 14057

Hamburg Overhead Door, Inc.
5659 Herman Hill Road
Hamburg, NY 14075

Hangzhou Euro Lucky Trading Co., Limited
Room 614, Ningbo Plaza, No. 46   Tianmus
Xihu District

Hangzhou Owner Party Co. LTD
Development Center Of   Xingang<br>No. 2
Hangzhou, ZJ, 310030, CHINA

Hansa Creation USA
5151 NW 108th Avenue
Sunrise, FL 33351

Hapag-Lloyd, LLC
5515 Spalding Drive
Norcross, GA 30092

Hawaii Department of Taxation
Collections Branch Bankruptcy
P.O. Box 259
Honolulu, HI 96809

Hermle North America
340 Industrial Park
Amherst, VA 24521

Heyuan Cyberport Technology Co. LTD
Office Building, Longling 1st   Road Wes
Heyuan City, GUANGDONG, 517000

Hi-Line Gift LTD
6340 Kestrel Road
Mississauga, ON, L5T1Z3, CANADA

Highmark Blue Cross & Blue Shield of Wes
P.O. Box 640966
Pittsburgh, PA 15264

Hinman, Howard & Kattell, LLP
80 Exchange Street
P.O. Box 5250
Binghamton, NY 13902

HMM Co., LTD
222 West Las Colinas Boulevard,   Suite
Irving, TX 75039

Hodedah, Inc.
2344 Ocean Parkway
Brooklyn, NY 11223

Holidynamics, Inc.
10048 Scott Circle
Omaha, NE 68122

Home Depot Credit Services
P.O. Box 9001010
Louisville, KY 40290

Hong Kong Infinity D cor Co., Limited
Room 6, 10/F., Block C, Delya   Industri
Tuen Mun, N.T

Hui Zhou Zheng Tian Art&Crafts Co. LTD
6-7th Floor, No.357 Zhenggao   Road<br>Z
Huizhou City, GuangDong, 516227

Huizhou City Jia Qi Technology Co. LTD
Xiahengling, Ditian   Group<br>Yihe Chan
Huizhou, GUIANGDONG

Huizhou Huixin Handicraft Co. LTD
No. 49 Puxin Road,
Lilin Town, Huicheng District
Huizhou City, Guangdong Province 516235,

Hurwitz Fine P.C.
424 Main Street
Suite 1300
Buffalo, NY 14202

I Fund Experts LLC
500 West Putnam Avenue
Suite 400
Greenwich, CT 06830

Ian Nathaniel Mallanao
A-1 T.Olden Street Brgy
San Isidro ANTIPOLO CITY PHILIPPINES 187

ID TECHNOLOGY LLC
P.O. Box 73419
Cleveland, OH 44193

Idaho State Tax Commission
Attn: Bankruptcy/Compliance
P.O. Box 36
Boise, ID 83722

Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794

IMC CANDLE CORPORATION
P.O. Box 371
Arlington, MA 02475

Imperial Distributors, Inc.
150 Blackstone River Road
Worcester, MA 01607

Innovative Integrated Solutions
1100 Military Road
Kenmore, NY 14217

Intelegencia Analytics LLC
G/F Ciannat Complex Marcos Highway
Antiplo City, RZ

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

International Home Miami
5330 NW 161st Street
Miami, FL 33014

International Leisure Products, Inc.
191 Rodeo Drive
Edgewood, NY 11717

IPFS OF NY LLC
52 Corporate Circle, Suite 208
Albany, NY 12203

Irish Propane Corporation
P.O. Box 409
Buffalo, NY 14212

J&R SERVICES
3916 Clinton Street
West Seneca, NY 14224

Jacqueline A. Blachowski
25 Santinwood Drive
Cheektowaga, NY 14227

Jaishree Kesavan
189 Vriksha Avenue Jadayamoalayam
Mettupalayam Coimbatore INDIA 641302

James & Ann Pauly
8110 Leah Court
Williamsville, NY 14221

Jamestown Container Companies
P.O. Box 8
Jamestown, NY 14702

Janelle Valentine
269 Brier Circle
Jupiter, FL 33458

Jason Langley
2210 Wall Street,
Millbrook, AL 36054

Jay Gershberg
3245 St Charles Place
Boca Raton, FL 33434

Jay Pasquarella
5348 Briercliff Drive
Hamburg, NY 14075

JH Specialties, Inc.
301 National Road<br>Suite 400
Exton, PA 19341

Jiangxi Top Grand
1008 Sigma International   Business Cent
Nanchan, JX

Jilong Plastic Products
6F Building A1, No. 2555 Xiupu Road,
Kangqiao, Pudong, Shanghai, CHINA

Jinjiang Jiaxing Group Co., Limited
Jiaxing Building, Xingban Industrial A
Xintang Town, Jinjiang City, Fujian
Province, 362200, CHINA

Jody Lomeo
6150 Walnut Creek Court
East Amhest, NY 14051

Joe Laduca
152 Old Farm Circle
Williamsville, NY 14212

John Patrick B. Corpuz
5 R, R. Martinez Street Barangay Dalig
Antipolo City RIZAL PHILIPPINES 1870

Joseph Bueme
C/O Catalyst Fitness<br>281 Meyer Road
Amherst, NY 14226

Joseph Lombardo
62 Hastings Drive
Orchard Park, NY 14127

Joseph M Frawley
8639 Lower East Hill Road.
Colden, NY 43219

Joshua B. Heims
9223 Beech Meadow Court
Clarence Center, NY 14032

Just In Time Staffing Mentor LLC
8130 Tyler Boulevard
Mentor, OH 44060

Kavinoky Cook LLP Atty @ Law
726 Exchange Street, Suite 800
Buffalo, NY 14210

Keeper Security
333 N Green Street, Suite 811
Chicago, IL 60607

Kenny Carpets
2262 Union Road
Buffalo, NY 14227

Kerry Logistics
1425 Transcanadienne<br>Suite 150
Dorval, Quebwc, H9P 2W9, CANADA

Kimil Construction, Inc.
493 Kennedy Road
Cheektowaga, NY 14227

Kingdom Kapital
1 Princeton Ave
Brick, NJ 08724

KLN FREIGHT CANADA, Inc.
1425 Trans Canada Route #150
Dorval, Quebec, H9P 2W9, CANADA

KRC Consulting LLC
1738 Malden Street
San Diego, CA 92109

KW Textile, Inc.
425 Michigan Avenue, Suite Ll200
Buffalo, NY 14203

Lee Singer
121 Promenade Lane
Williamsville, NY 14221

Lemac Packaging, Inc.
P.O. Box 10788
Erie, PA 16514

Lended, LLC
600 Summer Street
Stamford, CT 06901

Lexington Realty International
911 E. County Line Road,   Suite 206
Lakewood, NJ 08701

Liaoning Aroma International
No. 11 Jia, Fuxin 3rd Street   (Fuxinsan
Heping District, Shenyang
Liaoning, 110002, CHINA

Liaoning Longde New Arts And Crafts Imp.
Room 8-2, No. 554B, Zhongshan Road
Shahekou District
Dalian, Liaoning, CHINA

Liaoning Yikang Trading Co. LTD
Room 1, 2 Floor
Dalian, DN, CHINA

Lincoln Life & Annuity Co. of NY
P.O. Box 7247-0295
Philadelphia, PA 19170

Linhai Joy Craftwork Co.
#376 Jiangnan Road. Hejia   Industrial Z
Linhai, ZJ, CHINA

Linon Home Decor Products, Inc.
22 Jericho Turnpike
Mineola, NY 11501

Lippes Mathias LLP
50 Fountain Plaza<br>Suite 1700
Buffalo, NY

Liquidity Access LLC
25 Melville Park Road, Suite 60
Melville, NY 11747

Living India
Surya Nagar Linepar<br>Near Krishna Inte
Moradabad, 244001

Long Hah Tai Embroidery Co., Ltd.
Rooms 603 604, Yip Fung Building
14 18 D Aguilar Street
Central, Hong Kong

LR Resources, Inc.
3432 S Dug Gap Road<br>P.O. Box 6131, Da
Dalton, GA 30720

Lyneer Staffing Solutions LLC
P.O. Box 88911
Milwaukee, WI 53288

Lynn Tomkins
100 Easy Street
P.O. Box 1019
Carefree, AZ 85377

Lyte Capital, LLC
2929 East Comercial Blvd.
Fort Lauderdale, FL 33308

M&M Property Maintenance
28 Rainbow Terrace
Orchard Park, NY 14127

Madison Group
1135 Kane Concourse Bay
Miami Beach, FL 33154

Maidenbaum & Associates, PLLC
1 Broadcast Plaza
Merrick, NY 11566

MAILCHIMP
675 Pomce De Leon Avenue NE,   Suite 500
Atlanta, GA 30308

Maine Revenue Services
Compliance Division Bankruptcy Unit
P.O. Box 9107
Augusta, ME 04332

Mak Digital Design
3237 US Highway 206
Lumberton, NJ 08048

Mansueto Ventures LLC
7 World Trade Center, Floor 29
New York, NY 10006

Manu P
S/O Mukundan P 2/23 Deivanayagi Nagar Sa
Coimbatore Tamilnadu INDIA 641006

Maria Kristine T. Dela Rosa
Lot 2 Block 9 Atienza   Propery<br>B.G.
Parang, MARIKINA

Mark A Salvo
5665 Marthas Vineyard
Clarence, NY 14031

Mark Cavagnaro
138 Golden Pheasant Drive
Getzville, NY 14068

Marygrace Reola
B42 L21 P3A Sitio Maligaya Brgy San Isid
Antipolo City  PHILIPPINES

Masis Staffing Solutions LLC
P.O. Box 4210
Portsmouth, NH 03802

Matt Merle
1408 Creek Road/Rt 98
Attica, NY 14011

MCA Funding Group
64 Beaver Street, Ste 147
New York, NY 20005

MCA Grid LLC
d/b/a Rainbow Advance
4900 Fournace Place, Ste 416
Bellaire, TX 77401

Meiyarasan Govindasamy
87/2 Sanarpalayam Main Street Mulanur -
Tiruppur  INDIA

Meizhou Hongfeng Arts And Crafts
No.26 Xianhe Village Shejiang   Town
Meixian, GD, CHINA

Merle'S Fresh Produce
1408 Rt 98
Attica, NY 14011

Merry Products Corp.
120 West Beaver Creek Road
Richmond Hill, ON, L4B 1L2, CANADA

Mesmer Company
930 Bailey Avenue
Buffalo, NY 14206

Michael Cooper ESQ.
71 Main Street
Hamburg, NY 14075

Michael F Ellis
53615 Avinida Herrera
Laquinta, CA 92253

Michael Nicosia
299 Cleveland Drive
Tonawanda, NY 14223

Michelle Aquino
Lot 93 Cluster K Bagong Nayon
Antipolo City RIZAL PHILIPPINES 1870

MICROSOFT
One Microsoft Way
Redmond, WA 98052

Mithun Chakravarthy Mugundan
54/98 Ap Naga Narasimanaickenpalayam
Coimbatore  INDIA 641031

MNY Capital
1078 Summit Ave, Ste 104
Jersey City, NJ 07307

Modern Corporation
P.O. Box 209
Model City, NY 14107

Mohankumar G
3-29/2, 3rd Street Sivanadhapuram
Saravanampatti India INDIA

MOHAWK GLOBAL
P.O. Box 3065
Syracuse, NY 13220

Mom & Pops Recycling
6643 Route 60
Cassadaga, NY 14718

Morris Costumes, Inc.
P.O. Box 856144
Minneapolis, MN 55485

Motherlines, Inc.
21 E. Valley Stream Boulevard
Valley Stream, NY 11580

Mozaic Co.
1101 Avenue G
Arlington, TX 76011

Nanjing Red-House Gifts Co. LTD
8/F Changan Int'L Center 218   Zhonshan
Nanjing, NJ

National Fuel
P.O. Box 371835
Pittsburgh, PA 15250

National Motor Freight Traffic Assoc, In
1001 North Fairfax Street, Suite 600
Alexandria, VA 22314

National Sales
P.O. Box 3251
Buffalo, NY 14240

National Warehouse Sales, Inc.
27 Ranch Trail
Williamsville, NY 14221

Neil Sacramento
156 A. Bonifacio Street Barangay Tandang
Tanay RIZAL PHILIPPINES 1980

New Ridge LLC
3005 Mill Wood Lane
Blacksburg, VA 24060

Nexstar Holdings Corp
275 Northpointe Parkway
Amherst, NY 14228

Ningbo For-Festive Company Limited
#98, Yongda Road
Ningbo, NG, CHINA

Ningbo Home Decor Co. LTD
16th Floor, Building 2, Qianyang Busines
Jiangbei District
Ningbo City 315033, CHINA

Ningbo Shimaotong International
12th Floor, Guting Building, Hefeng Cr
Ningbo, Zhejiang 315000, CHINA

Northcape Chicago Wicker
P.O. Box 7860
Carol Stream, IL 60197

Northeast Diversification, Inc.
2 Cadby Industrial Parkway
Lancaster, NY 14086

Northlight
85 Innsbruck Dr
Cheektowaga, NY 14227

NYC Advance Group LLC
1274 49th Street, Suite 473
Brooklyn, NY 11219

NYS Dept of labor Unemployment
Harriman Street Office bldg
Bldg 12 Room 256
Albany, NY 12240

NYS Dept. of Taxation & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 12205-0300

NYSEG
P.O. Box 847812
Boston, MA 02284

Oakland Living
300 South Street
Rochester, MI 48307

Ohio Attorney General
Collection Enforcement Section
Attn: Bankruptcy Staff
150 East Gay Street, 21st Floor
Columbus, OH 43215

Ohio Department of Taxation
Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH 43216

OneStepGPS.com
675 Glenoaks Boulevard. Unit #C
San Fernando, CA 91340

OOCL LOGISTICS (USA), Inc.
Attn: Freight Cashier<br>Wall Street Pla
New York, NY 10005

Our Own Candle Company
P.O. Box 99
Findley Lake, NY 14736

Overton Funding LLC
2801 North 29th Avenue
Hollywood, FL 33020

Parallel Employment Group
6925 South 6th Street, Suite 300
Oak Creek, WI 53154

Parise Mechanical, Inc.
1106 Sheridan Drive
Tonawanda, NY 14150

Parkland Collection LLC
10501 NW 50th Street<br>No 102
Sunrise, FL 33351

Patrick J. Sireika
26 Tanglewood Drive
West Seneca, NY 14224

Paul Shine
PO Box 7575
Lancaster, NY 14086

Pennsylvania Department of Revenue
Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128

Pepper Plus Inc.
529 Colvin Avenue
Buffalo, NY 14216

Pepsi-Cola Bottling
75 Remittance Drive, Suite 1884
Chicago, IL 60675

Philpac Corporation
1144 Military Road
Buffalo, NY 14217

Playht
535 Alma Street
Palo Alto, CA 94301

Poly Magic Co., LTD (Samples)
Room 405, Harbour Centre, Tower 2 No.
Hunghom Kowloon

Pool Central
85 Innsbruck Dr
Cheektowaga, NY 14227

POSTMASTER
475 L'Enfant Plaza SW
Washington, DC 20260

PPS Pension & Financial Services, Inc
8660 Sheridan Drive
Williamsville, NY 14221

PPS Pension & Financial Services, Inc.
8660 Sheridan Drive
Williamsville, NY 14221

Product Works LLC
500 N Lake Cook Road, Suite 270
Deerfield, IL 60015

Pulse Occupational Medicine
P.O. Box 1326
Buffalo, NY 14240

Pure Insurance
Lockbox 2655<br>P.O. Box 95000
Philadelphia, PA 19195

Purolator, Inc.
P.O. Box 4800<br>STN Main
Concord, ON, L4K 0K1, CANADA

Pursuit Lending
19 British American Blvd. East
Latham, NY 12110

Quality First Plumbing Serv
493 Kennedy Road
Cheektowaga, NY 14227

Quanzhou Shiny Art Co. LTD
Unit 501, Building 5, Runbai Metropolis,
Fahuamei, Quanzhou, Fujian, CHINA

RaceTrac 469
599 W Atlantic Boulevard
Pompano Beach, FL 33060

RANDSTAD
P.O. Box 7247-6655
Philadelphia, PA 19170

Rapid Advance
4500 East West Highway, 6th Floor
Bethesda, MD 20814

Rasathi Mageswaran
Middle Street Varatharajapuram Andipatti
Theni Taminlandu  INDIA 625512

Ready2HangArt.com, Inc.
3713 Calhoun Avenue
Chattanooga, TN 37407

Real Help LLC
2221 Broadway Street
Buffalo, NY 14212

Real Touch
85 Innsbruck Dr
Cheektowaga, NY 14227

Reeds Jewlers of Niagara Falls, Inc.
150 Creekside Drive
Amherst, NY 14228

Regency International Business Corp.
50 Broadway, Floor 3
New York, NY 10004

Regional Idealease Of Rochester LLC
2425 Walden Avenue<br>P.O. Box 247
Cheektowaga, NY 14225

Relin, Goldstein & Crane, LLP
28 East Main Street
Suite 1800
Rochester, NY 14614

Renwil, Inc.
9181 Bolvin
Lasalle, Quebec, H8R 2E8, CANADA

Reuel D. Ramos
Block 13 Lot 10 Phase 1 The Mandara
Silang Cavite  PHILIPPINES 4118

Rich Pacific (H.K.) Limited
5/F Grand Industrial   Building, 159-165
Hk, HONG KONG

Richard Anastasi
4430 Walden Avenue
Lancaster, NY 14086

Rick Recckio
4455 Transit Road, Suite 3B
Williamsville, NY 14221

Rite Lite LTD
333 Stanley Avenue
Brooklyn, NY 11207

Rithum Corporation - (FKA) Channel Advis
1010 Sync Street, Suite 600
Morrisville, NC 27560

Rithum Holdings, Inc. - (FKA) Commerce H
800 Troy Schenectady Road Suite 100
Latham, NY 12110

Roanoke Insurance Company
1501 E Woodfield Road, Suite 400W
Schaumburg, IL 60173

Robert B. Gleichenhaus, Esq. Gleichenhau
43 Court Street<br>Suite 930
Buffalo, NY 14202

Robert Chappell
415 Swan Street
Buffalo, NY 14204

Robert D Dobson
16 Silent Meadow Lane
Lancaster, NY 14086

Roger Pasquarella
5587 Pebble Beach Drive
Hamburg, NY 14075

Roger W Gloss
2516 Route 20<br>P.O. Box 55
Sheridan, NY 14135

Ronna Gershberg
3245 St Charles Place
Boca Raton, FL 33434

ROUNDEL
P.O. Box 856293
Minneapolis, MN 55485

Royal Customs Brokers, Inc.
1500 Military Road
Tonawanda, NY 14217

RTA PRODUCTS LLC
2500 SW 32 Avenue
Pembroke Park, FL 33023

Rupp Pfalzgraf
1600 Liberty Building
424 Main Street
Buffalo, NY 14202

Rusiniak'S Service, Inc.
2916 Union Road
Buffalo, NY 14227

Russell & Paula Laduca
79 Ridgedale Circle
Tonawanda, NY 14150

Russell J. Salvatore Foundation
6675 Transit Road
Willimsville, NY 14221

RW LINDSAY, Inc.
581 Rock Beach Road
Rochester, NY 14617

Santas Workshop, Inc.
1650 Trumbull Avenue
Girard, OH 44420

Santhosh S
S/O Shekhar Shrinivasan, 14 Vigneshpuram
Tamilnadu  INDIA 641031

Sat Brass Novelties
Ghair Saeed Khan<br>Faiz Ganj
Moradabad (Up), INDIA

Sawdust City LLC
1422 Prairie Lane
Eau Claire, WI 54703

Sean Hayden
7160 Pendale Circle.
North Tonawanda, NY 14120

Seasons 4, Inc. DBA S4 Lights
3601 La Grange Parkway
Toano, VA 23168

Security Mutual Life Insurance Company
100 Court Street
P.O. Box 1625
Binghamton, NY 13902

Select Artificials, Inc.
701 N. 15th Street #39
Saint Louis, MO 63103

Selective Insurance
Box 371468
Pittsburgh, PA 15250

Sen Masine Christmas Arts (Shenzhen) Co.
Room 409, Building 3, Star Global Center
16 Baodan Road, Danzhutou Community
Shenzhen, Guangdong 518112 China

Seneca Lift Service
590 Conley Road
Elma, NY 14059

Shaanxi Longstar New Material Technology
12 Floor,Building 2,Gaoxin New World<b
High-Tech Development Zone
XI'AN, SHAANXI

Shaanxi Lsnm Tech Co. LTD
12th Floor, Building 2, Gaoxin New World
High-Tech Development Zone
Xi'an, Shaanxi, CHINA

Shandong Christmas Queen Arts & Crafts C
No. 135 Luo Er Zhuang, Damgjia   Town
Jinan, SD, CHINA

Shanghai Friday Arts And Crafts Imp. & E
Room 809 Building 8, No. 1898   Laiyin R
Shanghai, SH, CHINA

Shanghai Hema Home Decoration Co. LTD
No. 551, Tongli Road
Jiuting, Songjiang District
Shanghai 201615, CHINA

Shanor Electric Supply
2440 Sheridan Drive
Tonawanda, NY 14150

Shantou Qunsheng Toys Co. LTD
6th Floor of Jiayuan Shop,
Fu An Road Guangyi Street Chenghai
Shantou Guangdong CHINA

Shenyang Haode Foreign Trade Co., LTD
Room C 10th Floor. Longding   Building.
Shanghai, SH, CHINA

Shenzhen Anlide Technology Co., Ltd
Rm11d, 1bldg, Chengxinhuating,
Bujitown, Longgang Dist., Shenzhen CHINA

Shenzhen Chuangxin Packing Material Tech
1101 Building 5B, Huaqiang Idea Park
Biyan Community
Guangming District, Shenzhen, CHINA

Shenzhen Lyana Decoration Prod Co. Ltd
Village Longhua street
Shenzhen City Guangzhou Province CHINA

Sherwood Food Distributors
16625 Granite Road
Maple Heights, OH 44137

Shih-Ying International Co. LTD
Unit 1101 11/F<br>Enterprise Square Towe
Kowloon Bay, HONG KONG

Shipco Transport, Inc.
80 Washington Street
Hoboken, NJ 07030

Simple Living Solutions
7511 E Mcdonald Drive
Scottsdale, AZ 85250

Skyworks Equipment Rental
P.O. Box 74404
Cleveland, OH 44194

Sonwil Logistics
2732 Transit Road
Buffalo, NY 14224

South Carolina Department of Revenue
Office of General Counsel Bankruptcy Sec
300A Outlet Pointe Boulevard
Columbia, SC 29210

Spectrum
400 Washington Boulevard
Stamford, CT 06902

Spectrum Rep Group
41 Lakewood Drive
Kirkwood, PA 17536

Speier Display, Inc.
5550 Parkwalk Circle E
Boynton Beach, FL 33472

Spooky Town
85 Innsbruck Dr
Cheektowaga, NY 14227

Spring Merchant
Str. Branduselor<br>Nr. 108, Bl. 88, Ap.
Brasov, Brasov 500392, ROMANIA

SPS COMMERCE, Inc.
P.O. Box 205782
Dallas, TX 75320

SPS Temporaries, Inc.
135 Delaware Avenue
Buffalo, NY 14202

Srimalini D S
107, North Street Opp Rasammal Mandapam,
Tamilnadu INDIA 638115

Staffworks Group
P.O. Box 823473
Philadelphia, PA 19182

Stoneage Arts, Inc.
900 Armstrong Boulevard
Kissimmee, FL 34741

Sunbelt Rentals, Inc.
P.O. Box 409211
Atlanta, GA 30384

Surface Finishing Sys
3 Roberts Avenue
Buffalo, NY 14206

Swimline International
191 Rodeo Drive
Edgewood, NY 11717

T-Mark Plumbing, Heating, Cooling & Elec
577 Englewood Avenue
Buffalo, NY 14223

Taizhou Taizhiyi Crafts Co. LTD
Room 1102, Building 1, Tianqin Apartme
Taizhou City, Zhejiang Province

Taizhou Tengyuan Decorative Lighting Co.
Qingtantou Village
Linhai City Taizhou, ZJ, 317000, CHINA

Technology Recovery Group LTD
P.O. Box 933260
Cleveland, OH 44145

Telp Enterprises, Inc.
941 Losson Road
Cheektowaga, NY 14227

Texas Comptroller of Public Accounts
Revenue Accounting Division Bankruptcy S
P.O. Box 13528, Capitol Station
Austin, TX 78711

TextMagic LTD
20 Eastern Road
Orbital House Romford
Essex, RM1 3PJ

Thai Chin Fu Enterprise Co. LTD
8/1 Moo 10,
Bangkhuan
Mueang Chachoengsao, 24000, THAILAND

The Beistle Company
1 Beistle Plaza
Shippensburg, PA 17257

The Business Journals
120 W Morehead Street
Charlotte, NC 28202

The Law Firm of Jonathan R. Miller
100 Overlook Center
2nd Floor
Princeton, NJ 08540

The Memory Company LLC
25 Downing Drive
Phenix City, AL 36869

The Primrose Lane
2003 Saint Street
Richland, WA 99354

The Tree Doctor
4752 Shisler Road
Clarence, NY 14031

The Uttermost Company
3325 Grassy Hill Road<br>P.O. Box 558
Rocky Mount, VA 24151

The Whitehurst Company
146 Halstead Street, Suite 3
Rochester, NY 14610

The Window Magic Corporation
2675 Union Road
Cheektowaga, NY 14227

Tianmei Craftwork Co., LTD
No.5 Baoshi Street 3 Tianliao   Village
Shenzhen, GD, CHINA

Timothy Bunch
3301 Zoeller Road.
Alden, NY 14004

Timothy Welch
142 Morris Avenue
Buffalo, NY 14214

Today'S Treasures, Inc.(Container)
4th Floor, No. 11, Lane 329, Tung Hua S.
Sec. 1, Taipei, TAIWAN

Tom Cogan
158 North Long Street
Williamsville, NY 14221

Top Tier Financing LLC
4520 Northwest 7th Street
Miami, FL 33126

Tops Markets
1760 Wehrle Drive
Buffalo, NY 14221

Transfer Sales & Trading
5534 Via Marina
Williamsville, NY 14221

Travelers Cl Remittance Ctr
P.O. Box 660317
Dallas, TX 75266

Triumph Industries (Thailand)
344 Soi Soonwijai 4, Rama 9 Road
Bang Kapi, Huai Khwang
Bangkok 10310, THAILAND

Trustspot
1500 1st Avenue N, Unit 32,   Suite L134
Birmingham, AL 35203

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

Uber Freight LLC
P.O. Box 74007178
Chicago, IL 60674

Udhaya Kumar S
124/198, Extension Street
Singanallur, Coimbatore Tamil Nadu INDIA

ULINE
Attn: Accounts   Receivable<br>P.O. Box
Chicago, IL 60680

Union Products, Inc.
1-B Princeton Road
Fitchburg, MA 01420

United Business Systems, Inc.
316 Seneca Street
Buffalo, NY 14204

Universal Statues US
30 Warren Place
Mount Vernon, NY 10550

UPS
55 Glenlake Parkway
Northeast Atlanta, GA 30328

UPS CANADA
P.O. Box 4900, Station A
Toronto, ON, M5W 0A7, CANADA

UPS PROFESSIONAL SERVICES, Inc.
28013 Network Place
Chicago, IL 60673

UPS SUPPLY CHAIN SOLUTIONS, Inc.
28013 Network Place
Chicago, IL 60673

UPS/UPS SCS CHICAGO (Deposco)
28013 Network Place
Chicago, IL 60673

US CUSTOMS & BORDER PROTECTION
Dtops Program Administrator
Indianapolis, IN, 46278, INDIA

VERIZON WIRELESS
P.O. Box 408
Newark, NJ 07101

Vim-Art International Corp
#1-701 24 Gangjing Garden 116
Zhongshan Dalian, DN, CHINA

Virginia Department of Taxation
P.O. Box 1777
Richmond, VA 23218

VSERVE EBUSINESS SOLUTIONS
23-A Mill Road
Tamil Nadu, Coimbatore, 641001

Way Fung Motor & Metal LTD
22-26 Austin Avenue
Hong Kong, China

WB Mason Co., Inc.
P.O. Box 981101
Boston, MA 02298

Welke Customs Brokers USA, Inc.
36 Delaware Street
Tonawanda, NY 14150

Wenzhou N. & A. Foreign Trade
16/F, International Trade Center, Buil
West, Wenzhou, Zhejiang, 325027

West Of The Wind LLC
126 N. 2nd Avenue
Durant, OK 74701

White Rock Cybersecurity
9330 LBJ Freeway, Suite 850
Dallas, TX 75243

Whitesand Family LP
335 Renaissance Drive.
Williamsville, NY 14221

Willead International Group Limited
No 1 Block, Nancun Wushe Industries
Longgui Town, Baiyun District
Guangzhou, 510540

Winsome Trading, Inc.
16111 Woodinville-Redmond Road NE
Woodinville, WA 98072

Woods Oviatt Gilman LLP
1900 Bausch & Lomb Place
Rochester, NE 14604

Wuhan International Trading Co., LTD
Room 705 7/F. No.8 Xianggang Road
Wuhan, HB, CHINA

Wuyi Beyond Tools Co. LTD
Baiyang Industrial Zone
Wuyi, ZJ, 321200, CHINA

Xiamen Golden Holley Arts Co. LTD
39 Xiayang Road
Xinan Industrial Park, Haicang District,
Fujian 361022, CHINA

Xiamen Leiyi Import & Export
6th Floor, No. 78 Tiyu Road
Xiamen, Fujian 361012, CHINA

Xindapak
No. 68, Changdong Village
Changjing Town
Jiangyin, Jiangsu, CHINA

Yadhav Krishna Mk
S/O Kamalakkannan M Neelavathi Illam Ach
Coimbatore Tamil Nadu INDIA 642002

Yensay International Co. LTD
2F., No.63, Sec.1, Chang An E. Road
Taipe

Zebra Technologies International LLC
3 Overlook Point
Lincolnshire, IL 60069

Zhejiang Feimai Optoelectronic Technolog
No. 11-12, Shuangjia Road
Anhua Town, Zhuji City
Shaoxing
Zhejiang Province, CHINA

Zhejiang Jinlong Supply Chain Management
Hexing Village, Lubei   Town,<br>Luqiao
Taizhou, Zhejiang Province

Zhuguang Group Sanmen Christmas Art & Cr
Hexing Village,lubei Town, luqiao Distri
Taizhou City, Zhejiang Province CHINA

Zim American Integrated Shipping Service
5801 Lake Wright Drive
Norfolk, VA 23502

# United States Bankruptcy Court
## Western District of New York

In re **Gordon Companies, Inc.** Debtor(s)

Case No. 
Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Gordon Companies, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 14, 2026**
Date

**/s/ Robert B. Gleichenhaus, Esq.**
**Robert B. Gleichenhaus, Esq.**
Signature of Attorney or Litigant
Counsel for **Gordon Companies, Inc.**

**Gleichenhaus, Marchese & Weishaar, P.C.**
**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
**(716) 845-6446 Fax:(716) 845-6475**