UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
====================================

In re: **Case No. 1-26-11242-CLB**

GORDON COMPANIES, INC., **Chapter 11**

Debtor.
====================================

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that creditor Gregory Phillies, M.D., appears herein by his counsel, Mark R. Uba, Esq. The undersigned respectfully requests that the Clerk of the Court place the following name and address on any mailing matrix existing or to-be-prepared in this case and send copies of all Notices and other papers filed in this case to:

Mark R. Uba, Esq.
12 Saint James Place
Buffalo, New York 14222
Phone: (716) 839-3100
Fax: (716) 839-3188
Email: mru@ubalaw.com

Dated: Buffalo, New York
September 17, 2026

s/ Mark R. Uba
____________________________
Mark R. Uba
12 Saint James Place
Buffalo, New York 14222
Phone: (716) 839-3100
Fax: (716) 839-3188
Email: mru@ubalaw.com