**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>GORDON COMPANIES, INC.,<br>Debtor. | Case No. 1-26-11242-CLB<br>Chapter 11<br><br>**NOTICE OF APPEARANCE ON BEHALF OF CREDITOR LONG HAH TAI EMBROIDERY CO., LTD.** |

To: Clerk, U.S. Bankruptcy Court

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010(b), Jonathan R. Miller, Esq. hereby appears in the above-captioned case on behalf of Creditor **LONG HAH TAI EMBROIDERY CO., LTD.** (the "Creditor"). Demand is hereby made for copies of all notices given or required to be given in this case and all papers served in this case, to be served upon the undersigned as follows:


Jonathan R. Miller, Esq.
**The Law Firm of Jonathan R. Miller**
100 Overlook Center, 2nd Floor
Princeton, N.J. 08540
Tel. (609) 955-1226
Fax (609) 964-1026
jonathan@jmillerlawfirm.com


**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to the Creditor's remedies and claims against the Debtor and any other entities either in this case or in any other action, or any objection which may be made to the jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit the Creditor to the jurisdiction of the Court. All rights, remedies and claims of the Creditor are hereby expressly reserved.

Date: October 13, 2026

/s/ Jonathan R. Miller
**The Law Firm of Jonathan R. Miller**
*Attorney for Long Hah Tai Embroidery Co., Ltd.*