**Fill in this information to identify the case:**

Debtor name **Gordon Companies, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) **1-26-11242**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 3, 2026**

*X* **/s/ Jeff Sands**
Signature of individual signing on behalf of debtor

**Jeff Sands**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Gordon Companies, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) **1-26-11242**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

Part 1: **Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........ $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........ $ **15,281,201.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........ $ **15,281,201.00**

Part 2: **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*........ $ **10,635,640.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........ $ **97,268.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........ **+$** **21,484,574.00**

4. **Total liabilities** ........
   Lines 2 + 3a + 3b ........ $ **32,217,482.00**

**Fill in this information to identify the case:**

Debtor name **Gordon Companies, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) **1-26-11242**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **M&T Bank** | **Operating** | **4672** | **$37,215.00** |
| 3.2. | **M&T Bank** | **PayPal conduit account** | **4393** | **$23.00** |
| 3.3. | **Keybank** | **Checking** | **6615** | **NSF** |
| 3.4. | **Keybank** | **Checking** | **6616** | **NSF** |

4. **Other cash equivalents** *(Identify all)*

4.1. **PayPal account** **$10.00**

5. **Total of Part 1.** **$37,248.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **1,280,000.00** | - | **100,000.00** | = .... | **$1,180,000.00 (approx)** |
| 11a. 90 days old or less: | **5,000.00** | - | **0.00** | = .... | **$5,000.00 09/14/26 credit card receivables** |
| 11b. Over 90 days old: | **870,000.00** | - | **270,000.00** | =.... | **$600,000.00 $270,000 receivable due from Overstock, to be subject of turnover motion** |

12. **Total of Part 3.** **$1,785,000.00**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | **Inventory on hand Est. liquidation value** | **N/A** | **$12,700,000.00 (approx)** | **Books & Records** | **$12,700,000.00 (approx)** |
| | **Inventory in transit** | **N/A** | **$300,000.00 (approx)** | **Books & Records** | **$300,000.00 (approx)** |
| 22. | **Other inventory or supplies** | | | | |
| | **Shipping supplies** | **N/A** | | **Estimated** | **$10,000.00 (approx)** |

23. **Total of Part 5.** **$13,010,000.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ________ Valuation method ________ Current Value ________

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office furniture** | | **Estimated** | **$20,000.00 (approx)** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers, telephone systems, and information technology equipment, etc.** | | **Estimated** | **$40,000.00 (approx)** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$60,000.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2020 International Truck** | | **Estimated** | **$13,500.00 (approx)** |
| 47.2. | **2015 Chevy Truck** | | **Estimated** | **$1,000.00 (approx)** |
| 47.3. | **(15-20) Storage trailers non-roadworthy** | | **Estimated** | **$15,000.00 (approx)** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | **Warehouse equipment and storage systems, including pallet racking, industrial shelving, and related storage fixtures** | | **Estimated** | **$100,000.00 (approx)** |
| | **Warehouse material-handling equipment and supplies, including pallet jacks, storage bins, carts, dollies, and related warehouse equipment** | | **Estimated** | **$100,000.00 (approx)** |
| | **(2) automated dimensionalizers** | | **Estimated** | **$200,000.00 (approx)** |

51. **Total of Part 8.** **$429,500.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **Leasehold / occupancy interest in various commercial / warehouse facilities. See Schedule G for further details.** | **month-to-month lease agreement(s)** | **$0.00** | **n/a** | **$0.00** |

56. **Total of Part 9.** **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**Various trademarks:**<br>**Northlight (TM App. Ser. No. 98167331)**<br>**Real Touch (TM App. Ser. No. 98039899)**<br>**Pool Central (TM App. Ser. No. 86581787)**<br>**Always Lit (TM App. Ser. No. 98179697)**<br>**Northlight (TM App. Ser. No. 86132095)**<br>**Christmas Central (TM App. Ser. No. 77479431)** | | | **Unknown** |
| 61. **Internet domain names and websites**<br>**Various domain names:**<br>**christmas.com**<br>**christmascentral.com**<br>**poolcentral.com**<br>**gordoncompaniesinc.com**<br>**northlightseasonal.com**<br>**daveschristmas.com**<br>**christmascentral.ca** | | | **Unknown** |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**
**Customer list(s) and databases containing customer(s) name, address, phone number, and email address** — **Unknown**

64. **Other intangibles, or intellectual property**
**Commercial datasets comprising SKU-level product information, historical purchase and sales transactions, customer purchasing patterns, etc.** — **Unknown**

65. **Goodwill**
**Goodwill** — **Unknown**

66. **Total of Part 10.** **Unknown**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
**Various insurance policies, including:**
**Commercial property**
**Cyber liability**
**Workers' compensation and employers' liability**
**Commercial automobile**
**Commercial general liability and employee benefits liability** — **no tangible cash value**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Contingent claim against Vision 33, Inc. and others arising from alleged deceptive business practices unliquidated** — **unliquidated**

| | |
|---|---|
| **Nature of claim** | **Tort** |
| **Amount requested** | **$15,000,000.00** |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** — **$0.00**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$37,248.00** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$1,785,000.00** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$13,010,000.00** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$60,000.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$429,500.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$15,321,748.00** | **+** 91b. | **$0.00** |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 **$15,321,748.00**

**Fill in this information to identify the case:**

Debtor name **Gordon Companies, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) **1-26-11242**

■ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>**Disputed May 15, 2026 agreement with Lended LLC concerning Christmas.com and related assets, providing for $50,000 monthly payments, a final $1.9 million payment including a$1.85 million balloon, and a conditional $1 purchase option. The October 30, 2026 Order (Docket No. 61) treats the agreement as a true lease while preserving the Debtor s right to challenge that characterization. The Debtor must move to assume or reject by December 1, 2026, and pay $50,000 monthly as adequate protection beginning that date, absent further order. September November payments remain to be addressed upon assumption or rejection. Payment defaults are subject to five days  notice to cure before stay relief upon filing an affirmation of noncompliance.**<br><br>State the term remaining<br><br>List the contract number of any government contract **n/a** | **Lended LLC**<br>**600 Summer Street,**<br>**Stamford, CT 06901** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Historically oral, month-to-month warehouse rental at 2331 & 2335 Union Road, Cheektowaga, NY, on a triple-net basis, with monthly carrying costs of approximately $33,100/month; going forward, below market rate rent will be charged.** | **2331 GB Properties, LLC**<br>**2331 Union Road**<br>**Cheektowaga, NY 14227** |
| State the term remaining | **month-to-month** | |
| List the contract number of any government contract | **n/a** | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Historically oral, month-to-month rental of commercial premises at 85 Innsbruck Drive, Cheektowaga, NY, from the Debtor s sole shareholder, on a triple-net basis, with monthly carrying costs of approximately $9,795/month; going forward, below market rate rent will be charged.** | **David M. Gordon**<br>**5504 Herons Glen**<br>**Clarence, NY 14031** |
| State the term remaining | **month-to-month** | |
| List the contract number of any government contract | **n/a** | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Historically month-to-month license to occupy warehouse space at 100 Thruway Plaza Drive, Cheektowaga, NY, for $8,250/month.** | **Lexington Realty International LLC**<br>**11 E. County Line Road, Suite 206**<br>**Lakewood, NJ 08701** |
| State the term remaining | **month-to-month** | |
| List the contract number of any government contract | **n/a** | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Historically oral, month-to-month warehouse rental at 18 Main Street, Silver Creek, NY, on a triple-net basis, with total monthly rent, property taxes, and insurance of approximately $26,000/month; going forward, below market rate rent will be charged.** | **XmasDave LLC<br>85 Innsbruck Drive<br>Cheektowaga, NY 14227** |
| | State the term remaining | **month-to-month** | |
| | List the contract number of any government contract | **n/a** | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **1-800-FLOWERS.COM, Inc.<br>Two Jericho Plaza<br>Floor 2<br>Jericho, NY 11753** |
| | State the term remaining | **open ended** | |
| | List the contract number of any government contract | **n/a** | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **Amazon<br>410 Terry Avenue North<br>Seattle, WA 98109** |
| | State the term remaining | **open ended** | |
| | List the contract number of any government contract | **n/a** | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **Bed Bath & Beyond, Inc. (marketplace)<br>433 W. Ascension Way<br>3rd Floor<br>Murray, UT 84123** |
| | State the term remaining | **open ended** | |
| | List the contract number of any government contract | **n/a** | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **Belk (drop ship)**<br>**2801 West Tyvola Road**<br>**Charlotte, NC 28217** |
| | State the term remaining | **open ended** | |
| | List the contract number of any government contract | **n/a** | |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **Belk Marketplace**<br>**2801 West Tyvola Road**<br>**Charlotte, NC 28217** |
| | State the term remaining | **open ended** | |
| | List the contract number of any government contract | **n/a** | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **Best Buy Canada**<br>**425 West 6th Avenue, Suite 102**<br>**Vancouver BC V5Y 1L3**<br>**CANADA** |
| | State the term remaining | **open ended** | |
| | List the contract number of any government contract | **n/a** | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **Big Lots**<br>**200 East Campus View Boulevard**<br>**Suite 310**<br>**Columbus, OH 43235** |
| | State the term remaining | **open ended** | |
| | List the contract number of any government contract | **n/a** | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **BigCommerce**<br>**11305 Four Points Drive**<br>**Building II, Suite 100**<br>**Austin, TX 78726** |
| | State the term remaining | **open ended** | |
| | List the contract number of any government contract | **n/a** | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.14. State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | |
| State the term remaining | **open ended** | **Bison Commerce LLC d/b/a BisonOffice<br>330 West Chestnut Street<br>Suite 2W<br>Hinsdale, IL 60521** |
| List the contract number of any government contract | **n/a** | |
| 2.15. State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | |
| State the term remaining | **open ended** | **BJ's Wholesale Club<br>350 Campus Drive<br>Marlborough, MA 01752** |
| List the contract number of any government contract | **n/a** | |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | |
| State the term remaining | **open ended** | **Bluestem Brands<br>13300 Pioneer Trail<br>Eden Prairie, MN 55347** |
| List the contract number of any government contract | **n/a** | |
| 2.17. State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | |
| State the term remaining | **open ended** | **Boscov's<br>4500 Perkiomen Avenue<br>Reading, PA 19606** |
| List the contract number of any government contract | **n/a** | |
| 2.18. State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | |
| State the term remaining | **open ended** | **Deposco<br>11605 Haynes Bridge Road<br>Suite 200<br>Alpharetta, GA 30009** |
| List the contract number of any government contract | **n/a** | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.19. State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **eBay Inc.**<br>**2025 Hamilton Avenue**<br>**San Jose, CA 95125** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |
| 2.20. State what the contract or lease is for and the nature of the debtor's interest | **Agreement(s) for shipping and package delivery services.** | **FedEx**<br>**P.O. Box 371461**<br>**Pittsburgh, PA 15250** |
| State the term remaining | | |
| List the contract number of any government contract | **n/a** | |
| 2.21. State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **Gordon Food Service**<br>**1300 Gezon Parkway SW**<br>**Wyoming, MI 49509** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |
| 2.22. State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **Home Depot of Canada Inc.**<br>**1 Concorde Gate,Suite 400**<br>**Toronto ON M3C 4H9**<br>**CANADA** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |
| 2.23. State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **Houzz Shop LLC**<br>**8605 Santa Monica Boulevard**<br>**#90918**<br>**West Hollywood, CA 90069** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **JCPenney**<br>**6501 Legacy Drive**<br>**Suite B-100**<br>**Plano, TX 75024** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **JOANN (historical address)**<br>**5555 Darrow Road**<br>**Hudson, OH 44236** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **Kirkland's Home**<br>**5310 Maryland Way**<br>**Brentwood, TN 37027** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **Kohl's**<br>**N56W17000 Ridgewood Drive**<br>**Menomonee Falls, WI 53051** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **Lands' End, Inc.**<br>**5 Lands' End Lane**<br>**Dodgeville, WI 53595** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29. State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **Lowe's Companies, Inc.**<br>**1000 Lowe's Boulevard**<br>**Mooresville, NC 28117** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |
| 2.30. State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **Macy's**<br>**151 West 34th Street**<br>**New York, NY 10001** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |
| 2.31. State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **Mason Companies, Inc.**<br>**1251 First Avenue**<br>**Chippewa Falls, WI 54729** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |
| 2.32. State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **Michaels Stores Procurement Company, Inc**<br>**3939 West John Carpenter Freeway**<br>**Irving, TX 75063** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |
| 2.33. State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **Nordstrom**<br>**1600 Seventh Avenue**<br>**Suite 2600**<br>**Seattle, WA 98101** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34. State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | |
| State the term remaining | **open ended** | **Oriental Trading Company**<br>**P.O. Box 2308**<br>**Omaha, NE 68103** |
| List the contract number of any government contract | **n/a** | |
| 2.35. State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | |
| State the term remaining | **open ended** | **Purchasing Power, LLC**<br>**2727 Paces Ferry Road SE**<br>**Building 2, Suite 1200**<br>**Atlanta, GA 30339** |
| List the contract number of any government contract | **n/a** | |
| 2.36. State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | |
| State the term remaining | **open ended** | **QVC, Inc.**<br>**1200 Wilson Drive**<br>**West Chester, PA 19380** |
| List the contract number of any government contract | **n/a** | |
| 2.37. State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | |
| State the term remaining | **open ended** | **Retail Convergence.com, LP d/b/a Rue La**<br>**281 Summer Street**<br>**4th Floor**<br>**Boston, MA 02210** |
| List the contract number of any government contract | **n/a** | |
| 2.38. State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | |
| State the term remaining | **open ended** | **Rithum**<br>**5525 Granite Parkway**<br>**Suite 750**<br>**Plano, TX 75024** |
| List the contract number of any government contract | **n/a** | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.39.** State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **RONA inc.<br>220 chemin du Tremblay<br>Boucherville QC J4B 8H7<br>CANADA** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **Sears / Transformco<br>5407 Trillium Boulevard<br>Hoffman Estates, IL 60192** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **SHOP.COM / SHOP MA, Inc.<br>1302 Pleasant Ridge Road<br>Greensboro, NC 27409** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **Sysco Corporation<br>1390 Enclave Parkway<br>Houston, TX 77077** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **Target Corporation<br>1000 Nicollet Mall<br>Minneapolis, MN 55403** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.44. State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **The Home Depot**<br>**2455 Paces Ferry Road**<br>**Atlanta, GA 30339** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |
| 2.45. State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **The Kroger Co. (Houzz/Kroger channel)**<br>**1014 Vine Street**<br>**Cincinnati, OH 45202** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |
| 2.46. State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | **UnbeatableSale.com, Inc.**<br>**195 Lehigh Avenue**<br>**Suite 5**<br>**Lakewood, NJ 08701** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |
| 2.47. State what the contract or lease is for and the nature of the debtor's interest | **Agreement(s) for shipping and package delivery services.** | **UPS (Carrier Agreement)**<br>**55 Glenlake Parkway NE**<br>**Atlanta, GA 30328** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |
| 2.48. State what the contract or lease is for and the nature of the debtor's interest | **Agreement(s) for shipping and package delivery services.** | **UPS Supply Chain Solutions**<br>**12380 Morris Road**<br>**Alpharetta, GA 30005** |
| State the term remaining | **open ended** | |
| List the contract number of any government contract | **n/a** | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | |
| | State the term remaining | **open ended** | **Urban Outfitters, Inc.**<br>**5000 South Broad Street**<br>**Philadelphia, PA 19112** |
| | List the contract number of any government contract | **n/a** | |
| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | |
| | State the term remaining | **open ended** | **Walmart Inc.**<br>**1 Customer Drive**<br>**Bentonville, AR 72716** |
| | List the contract number of any government contract | **n/a** | |
| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **E-commerce vendor agreement(s)** | |
| | State the term remaining | **open ended** | **Wayfair**<br>**4 Copley Place**<br>**Boston, MA 02116** |
| | List the contract number of any government contract | **n/a** | |

**Fill in this information to identify the case:**

Debtor name **Gordon Companies, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) **1-26-11242**

■ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Alwayslit** | **85 Innsbruck Dr**<br>**Cheektowaga, NY 14227** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Brightworks Industries, Inc.** | **529 Colvin Avenue**<br>**Buffalo, NY 14216** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Christmas Central** | **85 Innsbruck Dr**<br>**Cheektowaga, NY 14227** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Christmas Special** | **85 Innsbruck Dr**<br>**Cheektowaga, NY 14227** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Christmas.com** | **85 Innsbruck Dr**<br>**Cheektowaga, NY 14227** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|---|
| 2.6 | **Christmascentral .com** | **85 Innsbruck Dr<br>Cheektowaga, NY 14227** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Colvin Oakdale LLC** | **85 Innsbruck Dr<br>Cheektowaga, NY 14227** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Creekside Banquet & Picnic Grove, Inc.** | **2669 Union Road<br>Cheektowaga, NY 14227** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Creekside Restaurant & Grove, Inc.** | **5792 Main St<br>Buffalo, NY 14216** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Dave's Christmas** | **85 Innsbruck Dr<br>Cheektowaga, NY 14227** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Dave's Christmas Wonderland** | **120 Belvoir Road<br>Williamsville, NY 14221** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Dave's Crafts & Christmas** | **85 Innsbruck Dr<br>Cheektowaga, NY 14227** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Dave's Market & Christmas Wonderland** | **85 Innsbruck Dr<br>Cheektowaga, NY 14227** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Dave's Mkt Christmas Wonderland** | **85 Innsbruck Dr Cheektowaga, NY 14227** | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.15 | **David M. Gordon** | **5504 Herons Glen Clarence, NY 14031** | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.16 | **David Michael Gordon** | **5504 Herons Gln Clarence, NY 14031** | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.17 | **DLD of Amherst Inc.** | **85 Innsbruck Dr Cheektowaga, NY 14227** | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.18 | **Gordon Companies II LLC** | **85 Innsbruck Drive Cheektowaga, NY 14227** | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.19 | **Nate Gordon** | **85 Rollingwood Williamsville, NY 14221** | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.20 | **Northlight** | **85 Innsbruck Dr Cheektowaga, NY 14227** | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.21 | **Paulette Gordon** | **5504 Herons Gln Clarence, NY 14031** | | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|---|
| 2.22 | **Pool Central** | **85 Innsbruck Dr**<br>**Cheektowaga, NY 14227** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | **Real Touch** | **85 Innsbruck Dr**<br>**Cheektowaga, NY 14227** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **Spooky Town** | **85 Innsbruck Dr**<br>**Cheektowaga, NY 14227** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Gordon Companies, Inc.** |
| United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK |
| Case number (if known) **1-26-11242** |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **09/14/26** | ■ Operating a business ☐ Other | **$8,000,000.00 (approx)** |
| **For prior year:** From **1/01/2025** to **12/31/2025** | ■ Operating a business ☐ Other | **$30,170,000.00 (approx)** |
| **For year before that:** From **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other | **$35,825,000.00 (approx)** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- |

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |



Case 1-26-11242-CLB, Doc 66, Filed 11/03/26, Entered 11/03/26 21:22:27, Description: Main Document , Page 27 of 47

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **American Express**<br>**P.O. Box 96001**<br>**Los Angeles, CA 90096** | **06/29, 07/06, & 07/06/26** | **$196,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. **Arthur J Gallagher Risk Management**<br>**P.O. Box 95792**<br>**Chicago, IL 60694** | **07/08/26 x2** | **$60,475.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.3. **Buffalo Jewelry & Loan** | **07/02, 08/12, & 08/14/26** | **$11,440.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.4. **Capital One**<br>**Attn: Payment Processing**<br>**PO Box 71087**<br>**Charlotte, NC 28272** | **07/27 & 08/27/26** | **$11,850.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. **Commerce Technologies** | **07/09, 07/20, 07/21, & 08/10/26** | **$68,725.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.6. **Commerce.com** | **07/09/26** | **$20,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.7. **Cope Bestway**<br>**P.O. Box 179**<br>**Cheektowaga, NY 14225** | **08/11, 08/12, & 08/27/26** | **$40,373.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. **CSX Transportation**<br>**500 Water Street, #4445**<br>**Jacksonville, FL 32202** | **08/06/26** | **$37,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.9. | **Largo Capital** | **07/14, 07/20 & 08/24/26** | **$73,340.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.10. | **DC Miltiades LLC<br>2989 Winterthur Close NW<br>Kennesaw, GA 30144** | **08/13/26** | **$32,666.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11. | **Dorset Partners** | **07/20, 07/21, 07/28, 07/30 & 08/16/26** | **$18,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.12. | **Evergreen Shipping Agency (America) Corp<br>1 Evertrust Plaza<br>Jersey City, NJ 07302** | **08/07/26 x2** | **$273,429.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.13. | **Executive Financial Enterprises** | **07/28 & 08/28/26** | **$55,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.14. | **FEDEX<br>P.O. Box 371461<br>Pittsburgh, PA 15250** | **various** | **$20,883.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.15. | **Five Star Bank<br>55 North Main Street<br>Warsaw, NY 14569** | **08/19/26** | **$15,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.16. | **Gleichenhaus, Marchese & Weishaar, P.C.<br>930 Convention Tower<br>43 Court Street<br>Buffalo, NY 14202** | **07/14 & 09/13** | **$40,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.17. | **Highmark Blue Cross & Blue Shield of Western New York<br>P.O. Box 640966<br>Pittsburgh, PA 15264** | **08/03 & 08/24/26** | **$51,116.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.18. | **Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101** | **July / August** | **$18,518.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **tax** |
| 3.19. | **Lakeshore Savings** | **07/13 & 08/12/26** | **$13,401.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.20. | **Lended, LLC<br>600 Summer Street<br>Stamford, CT 06901** | **08/13/26** | **$50,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.21. | **National Fire Adjustors** | **07/06/26** | **$350,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.22. | **Morgan Stanley** | **07/07 & 07/30** | **$15,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.23. | **NYSEG<br>P.O. Box 847812<br>Boston, MA 02284** | **various** | **$32,141.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.24. | **Rich Pacific (H.K.) Limited<br>5/F Grand Industrial Building<br>159-165 Wo Yi Hop Road<br>HONG KONG** | **07/07/26** | **$83,672.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.25. | **Sen Masine Christmas Arts (Shenzhen) Co.<br>Room 409, Building 3, Star Global Center<br>16 Baodan Road, Danzhutou Community<br>Shenzhen, Guangdong 518112 China** | **07/14 &<br>08/16/26** | **$32,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.26. | **Stamps.com** | **weekly** | **$130,079.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.27. | **Small Business Financial Solutions** | | **$10,152.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.28. | **Travelers** | **07/20** | **$49,051.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.29. | **UPS SUPPLY CHAIN SOLUTIONS, Inc.<br>28013 Network Place<br>Chicago, IL 60673** | **07/06/26** | **$76,956.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.30. | **U.S. Small Business Administration<br>2 North Street, Suite 320<br>Birmingham, AL 35203** | **08/03 &<br>09/01/26** | **$9,668.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.31. | **Wells Fargo** | **07/09, 07/15,<br>07/24 &<br>08/12/26** | **$22,662.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.32. | **Yensay International Co. LTD<br>2F., No.63, Sec.1, Chang An E. Road<br>Taipe** | **08/07/26** | **$42,031.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.33. **Yankovich Law PC** | **07/21, 07/29, & 07/30/26** | **$220,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA payment** |
| 3.34. **Apple Advance LLC**<br>**1047 53rd Street**<br>**Brooklyn, NY 11219** | **07/2026** | **$71,345.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA creditor's levy on accounts receivable.** |
| 3.35. **Capital Worx**<br>**535 5th Ave, 4th Floor, Suite 1019**<br>**New York, NY 10017** | **07/2026** | **$186,304.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA creditor's levy on accounts receivable.** |
| 3.36. **GoodGuys**<br>**4520 NW 7th Street**<br>**Miami, FL 33126** | **07/2026** | **$12,962.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA creditor's levy on accounts receivable.** |
| 3.37. **Kingdom Kapital**<br>**1 Princeton Ave**<br>**Brick, NJ 08724** | **07/2026** | **$12,485.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA creditor's levy on accounts receivable.** |
| 3.38. **Liquidity Access**<br>**25 Melville Park Road, Suite 60**<br>**Melville, NY 11747** | **07/2026** | **$119,503.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA creditor's levy on accounts receivable.** |
| 3.39. **Lyte Capital, LLC**<br>**2929 East Commercial Blvd.**<br>**Fort Lauderdale, FL 33308** | **07/2026** | **$16,041.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA creditor's levy on accounts receivable.** |

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.40. | **Lyte Capital, LLC**<br>**2929 East Commercial Blvd.**<br>**Fort Lauderdale, FL 33308** | **07/2026** | **$16,042.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA creditor's levy on accounts receivable.** |
| 3.41. | **MCA Funding Group**<br>**Attn: James Gang, Esq.**<br>**PO Box 478**<br>**Hewlett, NY 11557** | **07/2006** | **$38,636.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA creditor's levy on accounts receivable.** |
| 3.42. | **MCA Grid LLC / Rainbow**<br>**4900 Fournace Place, Suite 416**<br>**Bellaire, TX 77401** | **07/2006** | **$13,124.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA creditor's levy on accounts receivable.** |
| 3.43. | **Madison Group**<br>**1135 Kane Concourse Bay**<br>**Miami Beach, FL 33154** | **07/2006** | **$303,502.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA creditor's levy on accounts receivable.** |
| 3.44. | **NYC Advance Group LLC**<br>**1274 49th Street, Suite 473**<br>**Brooklyn, NY 11219** | **07/2006** | **$197,325.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA creditor's levy on accounts receivable.** |
| 3.45. | **Overton Funding LLC**<br>**2801 North 29th Avenue**<br>**Hollywood, FL 33020** | **07/2006** | **$107,018.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA creditor's levy on accounts receivable.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Park Country Club**<br><br>**Additional Officer compensation** | | **$26,524.00** | |
| 4.2. **David M. Gordon**<br>**5504 Herons Glen**<br>**Clarence, NY 14031**<br>**Sole shareholder** | | **$24,493.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Miscellaneous bank setoffs for legal fees and collection-related processing charges.** | Last 4 digits of account number: _____ | | |
| **Hapag-Lloyd, LLC**<br>**5515 Spalding Drive**<br>**Norcross, GA 30092** | **Bank sweep**<br>Last 4 digits of account number: _____ | | |
| **SPS Temporaries, Inc.**<br>**135 Delaware Avenue**<br>**Buffalo, NY 14202** | **bank sweep**<br>Last 4 digits of account number: _____ | | |

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **U.S. Bank National Association v. Gordon Companies, Inc.**<br>**806711/2025** | | **NYS Supreme** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **Hapag-Lloyd (America) LLC, Agent for Hapag-Lloyd Aktiengesellschaft, Hamburg v. Gordon Companies Inc.**<br>**800425/2026** | | **NYS Supreme** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Liquidity Access LLC v. Gordon Companies Inc. et al**<br>**E2026001597** | | **NYS Supreme** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Cheektowaga Economic Development Corporation v. David M. Gordon et al**<br>**801689/2026** | | **NYS Supreme** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **HMM Co., Ltd. v. Gordon Companies Inc.**<br>**802651/2026** | | **NYS Supreme** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **SPS Temporaries, Inc. v. Gordon Companies, Inc.**<br>**803090/2026** | | **NYS Supreme** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Frank Budwey et al v. David Gordon et al**<br>**805571/2026** | | **NYS Supreme** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **Sen Masine Christmas Arts (Shenzhen) Co., Ltd. v. Gordon Companies, Inc.**<br>**804614/2026** | | **NYS Supreme** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **David Burke v. Gordon Companies, Inc. et al**<br>**805104/2026** | | **NYS Supreme** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. | **Carlos Gonzalez v. Gordon Companies Inc.**<br>**153586/2026** | | **NYS Supreme** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Gordon Companies Inc. v. Vision 33, Inc. et al**<br>**806422/2026** | | **NYS Supreme** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.12. | **Five Star Bank v. David M. Gordon et al**<br>**806523/2026** | | **NYS Supreme** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **I Fund Experts LLC v. Gordon Companies Inc. et al**<br>**E2026009780** | | **NYS Supreme** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Brian Donovan v. Gordon Companies Inc. et al**<br>**809699/2026** | | **NYS Supreme** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **Wynwood Capital Group, LLC v. Gordon Companies Inc. et al**<br>**E2026012365** | | **NYS Supreme** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.16. | Apple Advance LLC v. Gordon Companies Inc. et al<br>810780/2026 | | NYS Supreme | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.17. | Security Mutual Life Insurance Company of New York v. 2331 GB Properties LLC et al<br>810577/2026 | | NYS Supreme | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | Long Hah Tai Embroidery Co., Ltd. v. Gordon Companies, Inc.<br>813818/2026 | | NYS Supreme | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Golisano Children's Hospital of Buffalo | Annual donations of assorted holiday merchandise | 2024 & 2025 | $50,000.00 |

**Recipients relationship to debtor**
none

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| Cybersecurity breach | Cyber insurance proceeds | (2) insurance claims circa 2025 | $2,600,000.00 |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Gleichenhaus, Marchese & Weishaar, P.C.<br>930 Convention Tower<br>43 Court Street<br>Buffalo, NY 14202 | Attorney Fees | 09/2026 | $80,000.00 |

Email or website address

Who made the payment, if not debtor?

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**The debtor retains customer names, mailing addresses, telephone numbers, and email addresses**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Christmas Central 401(k) Plan** | EIN: **16-1463140** |

Has the plan been terminated?
■ No
☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Five Star Bank**<br>**55 North Main Street**<br>**Warsaw, NY 14569** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **Five Star Bank closed Debtor's operating account for NSF** | **NSF** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Port Liberty | Inventory stored in shipping containers at Port Liberty, subject to asserted storage liens | Inventory | ☐ No<br>■ Yes |

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Shipping companies | Various | Shipping containers owned by third-party carriers and used to transport the debtor's inventory | unknown |

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Daniel P. Klos CPA PLLC**<br>**170 Winkler Drive**<br>**Grand Island, NY 14072** | **2024+** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Commercial banks and other financial institutions in connection with prospective financing** |
| 26d.2. | **Apple Advance LLC**<br>**1047 53rd Street**<br>**Brooklyn, NY 11219** |
| 26d.3. | **Capital Worx**<br>**535 5th Ave, 4th Floor, Suite 1019**<br>**New York, NY 10017** |
| 26d.4. | **Alt Funding**<br>**2941 NW 62nd Street, Suite 201**<br>**Fort Lauderdale, FL 33309** |
| 26d.5. | **GoodGuys**<br>**4520 NW 7th Street**<br>**Miami, FL 33126** |
| 26d.6. | **Kingdom Kapital**<br>**1 Princeton Ave**<br>**Brick, NJ 08724** |

| Name and address |
|---|

26d.7. **Liquidity Access**
**25 Melville Park Road, Suite 60**
**Melville, NY 11747**

26d.8. **Lyte Capital, LLC**
**2929 East Commercial Blvd.**
**Fort Lauderdale, FL 33308**

26d.9. **MCA Funding Group**
**James Gang, Esq.**
**PO Box 478**
**Hewlett, NY 11557**

26d.10. **MCA Grid LLC / Rainbow**
**4900 Fournace Place, Suite 416**
**Bellaire, TX 77401**

26d.11. **NYC Advance Group LLC**
**1274 49th Street, Suite 473**
**Brooklyn, NY 11219**

26d.12. **Overton Funding LLC**
**2801 North 29th Avenue**
**Hollywood, FL 33020**

26d.13. **Madison Group**
**1135 Kane Concourse Bay**
**Miami Beach, FL 33154**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Inventory was monitored by management** | **on an ongoing basis** | |

| Name and address of the person who has possession of inventory records |
|---|
| **no formal physical inventory was conducted** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David M. Gordon** | **5504 Herons Glen**<br>**Clarence, NY 14031** | **President** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeff Sands** | **100 Park Ave. 16th Floor**<br>**New York, NY 10017** | **Chief Restructuring Officer** | **0.00%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **David M. Gordon**<br>**5504 Herons Glen**<br>**Clarence, NY 14031**<br>Relationship to debtor<br>**President** | **$3500** | **weekly** | **Salary ($182,000/yr)** |
| 30.2. | **Nate Gordon**<br>**85 Rollingwood**<br>**Williamsville, NY 14221**<br>Relationship to debtor<br>**President's Son** | **$3850** | **weekly** | **Salary ($200,000/yr)** |
| 30.3. | **Laura Gordon**<br>**85 Rollingwood**<br>**Williamsville, NY 14221**<br>Relationship to debtor<br>**President's Daughter-in-law** | **$3850** | **weekly** | **Salary ($200,000/yr)** |
| 30.4. | **Paulette Gordon**<br>**5504 Herons Glen**<br>**Clarence, NY 14031**<br>Relationship to debtor<br>**President's spouse** | **$1075** | **weekly** | **Salary ($56,000/yr)** |
| 30.5. | **Sara Gordon**<br>Relationship to debtor<br>**President's Daughter** | **$230** | **weekly** | **Salary ($12,000/yr)** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 3, 2026**

**/s/ Jeff Sands**
Signature of individual signing on behalf of the debtor

**Jeff Sands**
Printed name

Position or relationship to debtor **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Western District of New York

In re **Gordon Companies, Inc.** Debtor(s) — Case No. **1-26-11242** Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **$500/hr** |
| Prior to the filing of this statement I have received | $ **80,000.00** |
| Prior to the filing the bankruptcy I earned and received | $ **42,930.00** |
| To be applied to post-petition fees | $ **35,332.00** |
| Balance Due | $ **TBD** |

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 3, 2026**
*Date*

**/s/ Robert B. Gleichenhaus, Esq.**
**Robert B. Gleichenhaus, Esq.**
*Signature of Attorney*
**Gleichenhaus, Marchese & Weishaar, P.C.**
**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
**(716) 845-6446 Fax: (716) 845-6475**
*Name of law firm*

# United States Bankruptcy Court
## Western District of New York

In re **Gordon Companies, Inc.** Debtor(s)

Case No. **1-26-11242**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David M. Gordon**<br>**5504 Herons Glen**<br>**Clarence, NY 14031** | **100%** | **100%** | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 3, 2026**

Signature **/s/ Jeff Sands**
**Jeff Sands**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of New York

In re **Gordon Companies, Inc.** Debtor(s)

Case No. **1-26-11242**
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Gordon Companies, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 3, 2026**
Date

**/s/ Robert B. Gleichenhaus, Esq.**
**Robert B. Gleichenhaus, Esq.**
Signature of Attorney or Litigant
Counsel for **Gordon Companies, Inc.**

**Gleichenhaus, Marchese & Weishaar, P.C.**
**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
**(716) 845-6446 Fax:(716) 845-6475**