# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

## COVER SHEET FOR SCHEDULES, STATEMENTS, LISTS AND/OR AMENDMENTS

Case Name: Gordon Companies, Inc. Case No. 1-26-11242 Chapter 11

**A. IDENTIFY TYPE OF DOCUMENT BEING FILED:** *(Select either 1, 2 or 3)*

- [ ] 1- **Amendment** to Previously Filed Document *(Go to Sec. B)*
- [x] 2 - Schedule/Statement **Not Previously Filed** *(Go to Sec. B)*
- [ ] 3 - Schedule of **Post-Petition Debts** (result of conversion–no fee due) *(Go to Sec. D)*

**B. SUMMARIZE SPECIFICS OF DOCUMENT BEING FILED BY CHECKING APPLICABLE DATA ELEMENTS:**

- [ ] Official Form **101:** [ ] Part 1 [ ] Part 2 [ ] Part 3 [ ] Part 4 [ ] Part 5 [ ] Part 6 [ ] Part 7
- [x] Official Form **106Sum:** Summary of Your Assets and Liabilities and Certain Statistical Information
- [ ] Official Form **106Dec:** Declaration About an Individual Debtor's Schedules
- [x] Official Form **107/207:** Statement of Financial Affairs
- [ ] Official Form **108:** Statement of Intention for Individuals Filing Under Chapter 7
- [x] Schedules: [x] Schedule A/B [ ] Schedule C [ ] Schedule D [ ] Schedule E/F [x] Schedule G [x] Schedule H [ ] Schedule I [ ] Schedule J [ ] Schedule J-2
- [ ] Official Form **113:** Chapter 13 Plan
- [ ] Official Form **201:** Question#: ______ [ ] Official Form **201A** (Ch 11 Non-Individuals)
- [x] Form **2030:** Disclosure of Compensation of Attorney for Debtor
- [x] Other: Form 202

***FOR CHANGES AFFECTING SCHEDULES D, E/ F, THE LIST OF CREDITORS, MATRIX OR MAILING LIST, PROCEED TO SECTION 'C' OF THIS FORM. OTHERWISE, PROCEED TO SECTION 'D'.***

**C. CREDITOR/SCHEDULE INFORMATION:** *(Select either 1, 2 or 3)*

- [x] 1 - **No Creditors** are being added or deleted.
- [ ] 2 - **Creditors are being added or deleted** by this amendment/schedule, AND
  - [ ] **$34.00** is attached
  - [ ] A matrix in the format prescribed by the Clerk with the complete names and addresses of the parties added is attached. Do not repeat creditor information from a previously filed matrix. The Clerk's office will not delete creditors unless a motion to delete creditors is granted.
- [ ] 3 - **Schedules of creditors (Schedules D, E/F), list of creditors, matrix or mailing list is being amended** for purposes other than adding or deleting creditors.
  - [ ] **$34.00** fee is attached [e.g. changing amount of a debt or classification of a debt].
  - [ ] The fee does not apply [e.g. change of address of a creditor or change of attorney].

**D. CERTIFICATION OF SERVICE, ATTORNEY'S DECLARATION AND DEBTOR'S UNSWORN DECLARATION**

**CERTIFICATION OF SERVICE:** Attach an "Affidavit of Service" listing each party served with a copy of the referenced document(s), this cover sheet and a copy of the §341 Meeting Notice (if applicable). Be sure to include the U.S. Trustee and the Case Trustee.

**DECLARATION OF ATTORNEY** ***[Attorney OR Debtor, if pro se, must sign.]*:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of Court as a complete and accurate summary of the information contained in the documents attached.

Dated: November 3, 2026 Signature: /s/ Robert B. Gleichenhaus
Robert B. Gleichenhaus, Esq.

**DECLARATION OF DEBTOR(S)**: ***[Required if declaration is not completed on the document(s) itself or by separate instrument.]***
I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., consisting of __ sheets, numbered 1 through __, and that they are true and correct to the best of my knowledge, information and belief.

Dated: November 3, 2026 Signature: /s/ Jeff Sands (debtor)
Jeff Sands