**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **GORDON COMPANIES, INC.** | **Bk No.: 1-26-11242-CLB** |
| **Debtor.** | **Hon. Carl L. Bucki** |

**AFFIRMATION OF SERVICE OF MICHAEL A WEISHAAR**

The undersigned, Michael A. Weishaar, Esq. hereby affirms under penalty of perjury:

I am not a party to this action, am over the age of 18 years, and represent the above-captioned Debtor(s) herein.

On the 3rd day of November , 2026, I caused to be served copies of an Amendment regarding deficient schedules (the, "Amendment"), by placing a copy in an official depository maintained by the U.S. Postal Service, by First Class Mail or by electronic service where on consent, on the following affected creditors:

Office of the U.S. Trustee
Olympic Towers
300 Pearl Street, Suite 401
Buffalo, New York 14202

I certify under penalties of perjury that the foregoing is true and correct.

/s/ Michael A. Weishaar